# Exhibit 6

**Exhibit : U.S. Patent No. 8,788,827**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A computer-implemented method comprising: | Core Scientific, Inc. (hereinafter "Core") performs a computer-implemented method.<br><br>For example, Core verifies Bitcoin transactions. *See*, *e.g.*:<br><br>"Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing.  We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers.  We employ are own large fleet of computers ('miners') to earn digital assets for our own account and we provide hosting services for large bitcoin mining customers ….  We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."<br><br>  *See*, *e.g.*, Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>"We currently operate in three segments: 'Digital Asset Self-Mining' consisting of digital asset mining for our own account, 'Digital Asset Hosted Mining' consisting of our digital infrastructure and third-party hosting services for digital asset mining, and 'HPC Hosting' consisting of our digital infrastructure and third-party hosting services for client HPC operations.  Prior to April 1, 2024, we operated only in the Digital Asset Self-Mining and Digital Asset Hosted Mining segments."<br><br>  *See*, *e.g.*, Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>For example, Core earned 1,115 Bitcoin in Q3, 2024 from self-mining activities, operating with 20.4 EH/s self-mining hash rate.  *See*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See, e.g.*, Core Scientific, Third Quarter Fiscal 2024 Earnings Presentation, Nov. 6, 2024, at 6, available at https://d1io3yog0oux5.cloudfront.net/_af714ff3677136aff8992204fdbd0bc5/corescientific/db/946/9319/presentation/Core+Scientific+Q3+2024+Earnings+Presentation.pdf<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. **Message signing from segwit addresses has been added by BIP137 … The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section." (Emphasis added) |

2

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See*, *e.g.,* Message Signing, https://en.bitcoin.it/wiki/Message_signing. <br><br> "This document describes a signature format for **signing messages with Bitcoin private keys**. <br><br> The specification is intended to describe the standard for signatures of messages that can be signed and verified between different clients that exist in the field today." (Emphasis added) <br><br> *See*, *e.g.*, Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. <br><br> For example, Core utilizes a computer (*e.g.*, a node, a miner, etc.) comprising one or more processors (*e.g.*, ASIC, GPUs, etc.). *See*, *e.g.*: <br><br> "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network." <br><br> *See*, *e.g.*, Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. <br><br> > Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm. <br><br> *See*, *e.g.*, Node, https://academy.binance.com/en/glossary/node. |

3

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | > In the world of cryptocurrencies, the term ASIC is widely used to refer to the specialized hardware that are being developed and regularly improved by companies such as Bitmain and Halong Mining. These hardware are designed with the sole intention of mining Bitcoin (or other cryptocurrencies). There are some coins that cannot be effectively mined using ASIC miners and, as such, may be referred to as ASIC-resistant cryptocurrencies.<br><br>*See, e.g.*, Application-Specific Integrated Circuit (ASIC), https://academy.binance.com/en/glossary/application-specific-integrated-circuit.<br><br>"The miners we operate are highly specialized computer servers built to use application-specific integrated circuit ("ASIC") chips that are designed specifically to mine bitcoin. With miners we produce computing power, known as "hash rate," with which we verify transactions on the Bitcoin blockchain. Bitcoin "mining" refers to the process of proposing and verifying transaction updates to the Bitcoin blockchain, which helps keep the Bitcoin network and its blockchain secure. Our bitcoin mining operation is focused on the generation of bitcoin by solving complex cryptographic algorithms to validate transactions on the Bitcoin network blockchain, which is commonly referred to as "mining."<br><br>*See, e.g.*, Core Scientific, Inc. Form 10-K, at 6, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

4

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | AUSTIN, Texas--(BUSINESS WIRE)-- **Core Scientific, Inc.** (Nasdaq: CORZ) ("Core Scientific" or "the Company"), a leader in digital infrastructure for high-performance computing and bitcoin mining, today released unaudited production and operations updates for January 2025.<br><br>*Key Metrics Summary (unaudited)*<br><br>| Metric | January 2025 | December 2024 |<br>|---|---|---|<br>| Self-Mining Bitcoin Earned[1] | 256 | 291 |<br>| Hosting Bitcoin Earned by Customers[2] | 17 | 18 |<br>| Average Self-Mined Bitcoin Earned/Day | 8.3 | 9.4 |<br>| Self-Mining Energized Hash rate[3] | 18.5 | 19.1 |<br>| Hosting Energized Hash rate[4] | 1.0 | 1.0 |<br>| Total Energized Hash rate | 19.5 | 20.1 |<br>| Bitcoin Sold[5] | - | 79 |<br>| Bitcoin Sales Proceeds ($USD) | - | Appx. $7.7 million |<br>| Average Self-Mining Fleet Efficiency (J/TH)[6] | 24.5 | 24.6 |<br><br>*See*, *e.g.*, https://investors.corescientific.com/news-events/press-releases/detail/106/core-scientific-announces-january-2025-production-and-operations-updates.<br><br>Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, *e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." |

5

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id*. at 8<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[a]** receiving, from a signer, a signature on a message M, wherein the signature includes a first signature component r and a second signature component s; | Core receives, from a signer, a signature on a message M, wherein the signature includes a first signature component r and a second signature component s.<br><br>Fore example, Core's miners receive, from a signer (*e.g.*, Bitcoin transferor), a signature (*e.g.*, an ECDSA signature) on a message M, wherein the signature includes a first signature component r (*e.g.*, r-value) and a second signature component s (*e.g.*, s-value). *See, e.g.*:<br><br>The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section.<br><br>3 Algorithm for signing and verifying messages<br>   3.1 Definitions used in the algorithms<br>   3.2 Constants<br>   3.3 Message signing method<br>      3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>      3.3.2 ECDSA signing, with P2PKH compressed addresses<br>      3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>      3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>*See, e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value)<br><br>**Message verification method**<br><br>It takes the following parameters:<br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>*See, e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing.<br><br>Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See, e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets." |

8

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See, e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." <br>     *See, e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id.* at 8 <br>     *See, e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br>     *See, e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to |

9

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." <br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |
| 1[b]  obtaining an elliptic curve point associated with the first signature component r; and | Core obtains an elliptic curve point associated with the first signature component r. <br><br> For example, Core's miners obtain an elliptic curve point (*e.g.*, R = (x,y)) associated with the first signature component r (*e.g.*, x is associated with r, and y is associated with x). *See*, *e.g.*: <br><br> **ECDSA verification, P2WPKH compressed address** <br> 1. Set *r* = *DecodedSignature[1:33]*. If *r* ≥ *n* or *r* == *0*, fail verification with an error similar to "Invalid ECDSA signature parameters". <br> 2. Set *s* = *DecodedSignature[33:65]*. If *s* ≥ *n* or *s* == *0*, fail verification with an error similar to "Invalid ECDSA signature parameters". <br> 3. Set *z* = *SHA256(Message)* <br> 4. Set *recID* = *Header AND 0x3* <br> 5. If *recID AND 0x2* == *0*, set *x* = *r*, else set *x* = *r+n*. <br> 6. Set *x* = *(x^3 + 7) mod p* <br> 7. Set *y* = *x^((p+1)/4) mod p* <br> 8. Calculate the correct parity of *y* using the 'recID': <br>   • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta)* and *is_even(recID)*), set *y* = *p-y*. <br> 9. Set *R* = *(x,y)* <br> 10. Set *e* = *(-int(z)) % n* <br> 11. Set *PublicKey* = *(R*s + G*e) * modinv(r, n)* <br> 12. If *is_even(y)*, compute *EncodedPublicKey* = *"02" || hex(x)*. Else, compute *EncodedPublicKey* = *"03" || hex(x)* <br> 13. Compute *AddressHash* = *RIPEMD160(SHA256(EncodedPublicKey))* <br> 14. Compute *DerivedAddress* = *Bech32("bc", 0, AddressHash)* <br> 15. If *DerivedAddress* == *Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature". <br><br> *See*, *e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing. |

10

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, *e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br>  *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br>  *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id*. at 8<br>  *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br>*See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |
| **1[c]** generating, by operation of a cryptographic module comprising one or more processors, a public key of the signer based on the elliptic curve point and a hash value e computed from the message M; | Core generates, by operation of a cryptographic module comprising one or more processors, a public key of the signer based on the elliptic curve point and a hash value e computed from the message M.<br><br>For example, Core's miners generate, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network) comprising one or more processors (*e.g.*, ASIC, GPU, etc.), a public key (*e.g.*, PublicKey) of the signer based on the elliptic curve point (*e.g.*, R) and a hash value e (*e.g.*, e) computed from the message M. *See*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **ECDSA verification, P2WPKH compressed address**<br>1. Set $r$ = DecodedSignature[1:33]. If $r \geq n$ or $r == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".<br>2. Set $s$ = DecodedSignature[33:65]. If $s \geq n$ or $s == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".<br>3. Set $z$ = SHA256(Message)<br>4. Set recID = Header AND 0x3<br>5. If recID AND 0x2 == 0, set $x = r$, else set $x = r+n$.<br>6. Set $x = (x^3 + 7) \bmod p$<br>7. Set $y = x^{((p+1)/4)} \bmod p$<br>8. Calculate the correct parity of $y$ using the 'recID':<br>    • If (is_even(beta) and is_odd(recID)) or (is_odd(beta) and is_even(recID)), set $y = p-y$.<br>9. Set $R = (x,y)$<br>10. Set $e = (-int(z)) \% n$<br>11. Set PublicKey = $(R*s + G*e) * modinv(r, n)$<br>12. If is_even($y$), compute EncodedPublicKey = "02" \|\| hex($x$). Else, compute EncodedPublicKey = "03" \|\| hex($x$)<br>13. Compute AddressHash = RIPEMD160(SHA256(EncodedPublicKey))<br>14. Compute DerivedAddress = Bech32("bc", 0, AddressHash)<br>15. If DerivedAddress == Address, succeed verification. Else fail verification with an error similar to "Wrong address for signature".<br><br>*See, e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing.<br><br>For example, the hash value e (*e.g.*, e) is computed from the message M using the formula e = (-int(z)) % n, where z is the hash value of the message (*e.g.*, SHA256) and n refers to the secp256k1 curve order, as shown below. *See, e.g.*: |

13

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Message verification method**<br>It takes the following parameters:<br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**Constants**<br>The constant *Inf* shall refer to the point at infinity, of the secp256k1 curve.<br><br>The constant *p* shall refer to the secp256k1 field size, aka. curve characteristic, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE FFFFFC2F)*<br><br>The constant *n* shall refer to the secp256k1 curve order, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141)*<br><br>The constant *G* shall refer to the secp256k1 generator point, defined as *(79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798, 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8)*<br><br>*See, e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing.<br><br>Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See, e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id*. at 8<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br>    *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[d]** wherein the elliptic curve point comprises a first elliptic curve point R, the public key of the signer comprises a second elliptic curve point Q, generating the public key of the signer comprises computing Q=r−1 (sR−eG), and G comprises a generator of an elliptic curve group that includes the first elliptic curve point R and the second elliptic curve point Q. | The elliptic curve point comprises a first elliptic curve point R, the public key of the signer comprises a second elliptic curve point Q, and generating the public key of the signer comprises computing Q=r−1 (sR−eG), and G comprises a generator of an elliptic curve group that includes the first elliptic curve point R and the second elliptic curve point Q. *See, e.g.*:<br><br>**ECDSA verification, P2WPKH compressed address**<br>1. Set *r* = DecodedSignature[1:33]. If *r* ≥ n or *r* == 0, fail verification with an error similar to "Invalid ECDSA signature parameters".<br>2. Set *s* = DecodedSignature[33:65]. If *s* ≥ n or *s* == 0, fail verification with an error similar to "Invalid ECDSA signature parameters".<br>3. Set *z* = SHA256(Message)<br>4. Set *recID* = Header AND 0x3<br>5. If *recID* AND 0x2 == 0, set *x* = *r*, else set *x* = *r*+n.<br>6. Set *x* = (x^3 + 7) mod p<br>7. Set *y* = x^((p+1)/4) mod p<br>8. Calculate the correct parity of *y* using the 'recID':<br>   • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta)* and *is_even(recID)*), set y = p-y.<br>9. Set *R* = (x,y)<br>10. Set *e* = (-int(z)) % n<br>11. Set *PublicKey* = (R*s + G*e) * modinv(r, n)<br>12. If *is_even(y)*, compute *EncodedPublicKey* = "02" || hex(x). Else, compute *EncodedPublicKey* = "03" || hex(x).<br>13. Compute *AddressHash* = RIPEMD160(SHA256(EncodedPublicKey))<br>14. Compute *DerivedAddress* = Bech32("bc", 0, AddressHash)<br>15. If *DerivedAddress* == *Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".<br><br>*See, e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing.<br><br>For example, the equation Q=r−1 (sR−eG) is used to determine Q, which is the PublicKey (a point on the elliptic curve secp256k1). *See, e.g.*: |

16

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Constants**<br>The constant *Inf* shall refer to the point at infinity, of the secp256k1 curve.<br><br>The constant *p* shall refer to the secp256k1 field size, aka. curve characteristic, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE FFFFFC2F)*<br><br>The constant *n* shall refer to the secp256k1 curve order, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141)*<br><br>The constant *G* shall refer to the secp256k1 generator point, defined as *(79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798, 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8)*<br><br>*See, e.g.*, Message signing, https://en.bitcoin.it/wiki/Message_signing.<br><br>Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See, e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br>    *See, e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br>    *See, e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id*. at 8 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See, e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |