# Exhibit 10

**Exhibit 12: U.S. Patent No. 8,532,286**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **[1pre]** A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation, the method comprising: | Core Scientific, Inc. (hereinafter "Core") performs, on a cryptographic apparatus (*e.g.*, a processor), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the transfer of Bitcoin to an address). *See*, *e.g.*:<br><br>"Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing. We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers. We employ are own large fleet of computers ('miners') to earn digital assets for our own account and we provide hosting services for large bitcoin mining customers …. We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."<br><br>  *See*, *e.g.*, Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>"We currently operate in three segments: 'Digital Asset Self-Mining' consisting of digital asset mining for our own account, 'Digital Asset Hosted Mining' consisting of our digital infrastructure and third-party hosting services for digital asset mining, and 'HPC Hosting' consisting of our digital infrastructure and third-party hosting services for client HPC operations. Prior to April 1, 2024, we operated only in the Digital Asset Self-Mining and Digital Asset Hosted Mining segments."<br><br>  *See*, *e.g.*, Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>For example, Core earned 1,115 Bitcoin in Q3, 2024 from self-mining activities, operating with 20.4 EH/s self-mining hash rate. *See*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Operational (Q3)**<br><br>• Earned 1,115 bitcoin<br>• Operated 20.4 EH/s self-mining hash rate<br>• Migrated all miners from two data centers designated for HPC hosting<br>• Continued sunset of hosted mining to 11% of total fleet<br><br>*See, e.g.*, Core Scientific, Third Quarter Fiscal 2024 Earnings Presentation, Nov. 6, 2024, at 6, available at https://d1io3yog0oux5.cloudfront.net/_af714ff3677136aff8992204fdbd0bc5/corescientific/db/946/9319/presentation/Core+Scientific+Q3+2024+Earnings+Presentation.pdf<br><br>"The Company sells bitcoin it receives through mining…. Sales of digital assets awarded to the Company through its self-mining activities are classified as cash flows from operating activities. The Company does not have any off-balance sheet holdings of digital assets and does not safeguard digital assets for third parties."<br><br>*See, e.g.*, Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | For example, Core performs, on a cryptographic apparatus (*e.g.*, a processor), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the transfer of Bitcoin to an address) using the ECDSA signature protocol in the Bitcoin Core.<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. **Message signing from segwit addresses has been added by BIP137 … The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section." (Emphasis added)<br><br> *See*, *e.g.,* Message Signing, https://en.bitcoin.it/wiki/Message_signing.<br><br>"This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe the standard for signatures of messages that can be signed and verified between different clients that exist in the field today." (Emphasis added)<br><br> *See*, *e.g.*, Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki.<br><br>For example, during signature generation and verification a cryptographic operation (*e.g.*, `secp256k1_scalar_mul`) is invoked by the cryptographic apparatus (*e.g.*, a processor). *See*, *e.g.*:<br><br>```
static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr, constsecp256k1_scalar* sigs,
  secp256k1_ge *pubkey, const secp256k1_scalar *message, int recid)
{
    ...;
    secp256k1_scalar_mul(&u2, &rn, sigs);
    ...;
    secp256k1_scalar_mul(&u2, &rn, sigs);
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ...;<br>}<br>  *See, e.g.*, src/secp256k1/src/modules/recovery/main_impl.h<br><br>```<br>static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx, secp256k1_scalar *sigr,<br>  secp256k1_scalar *sigs, const secp256k1_scalar *seckey, const secp256k1_scalar *message,<br>  const secp256k1_scalar *nonce, int *recid)<br>{<br>    ...;<br>    secp256k1_scalar_mul(&n, sigr, seckey);<br>    ...;<br>    secp256k1_scalar_mul(sigs, sigs, &n);<br>    ...;<br>}<br>```<br><br>  *See, e.g.*, src/secp256k1/src/ecdsa_impl.h<br><br>Core performs the method using a cryptographic apparatus. *See, e.g.*:<br><br>"The miners we operate are highly specialized computer servers built to use application-specific integrated circuit ("ASIC") chips that are designed specifically to mine bitcoin. With miners we produce computing power, known as "hash rate," with which we verify transactions on the Bitcoin blockchain. Bitcoin "mining" refers to the process of proposing and verifying transaction updates to the Bitcoin blockchain, which helps keep the Bitcoin network and its blockchain secure. Our bitcoin mining operation is focused on the generation of bitcoin by solving complex cryptographic algorithms to validate transactions on the Bitcoin network blockchain, which is commonly referred to as "mining."<br><br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 6, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See, e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets." <br><br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." <br><br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id.* at 8 <br><br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br><br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." <br><br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |
| **[1a]** obtaining an operand for the cryptographic operation; <br><br> **[1b]** computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus; and <br><br> **[1c]** outputting the modified operand. | Core obtains an operand for the cryptographic operation; computes a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus; and outputs the modified operand. *See*, *e.g.*: <br><br> For example, operand `l` is 8 machine words, reduced operand `r` is 4 machine words. *See*, *e.g.*: <br><br> ```/** Set a scalar to an unsigned integer. */
static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);``` <br><br> *See*, *e.g.*, src/secp256k1/src/scalar.h <br><br> ```/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)

/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)

SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {
    r->d[0] = v;``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
        r->d[1] = 0;
        r->d[2] = 0;
        r->d[3] = 0;
    ...;
}

static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
```

*See, e.g.*, src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")

For example, operand l is reduced until it fits in p[0..4], which is further reduced into r. *See, e.g.*:

```
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
}
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | *See, e.g.*, src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") <br><br> Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See, e.g.*: <br><br> "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets." <br>   *See, e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." <br>   *See, e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." *Id.* at 8 <br>   *See, e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br>  *See, e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |