Case 2:25-cv-00519-JRG-RSP   Document 7   Filed 05/22/25   Page 1 of 3 PageID #:
271
Case 2:25-cv-00519-JRG-RSP   Document 6   Filed 05/14/25   Page 1 of 2 PageID #:
269

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas  ▾

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Core Scientific, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Core Scientific, Inc.
c/o Registered Agent Solutions, Inc.
838 Walker Road, Suite 21-2
Dover, DE 19904


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip J. Eklem
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __5/14/2025__

*David A. O'Toole*
_____
*Signature of Clerk or Deputy Clerk*



SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
TX 78703

Case 2:25-cv-00519-JRG-RSP   Document 7   Filed 05/22/25   Page 2 of 3 PageID #:
Case 2:25-cv-00519-JRG-RSP   Document 6   Filed 05/14/25   Page 2 of 2 PageID #:
272
270

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

SERVICE RETURN ATTACHED

_____
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:25-CV-00519

Plaintiff:
**Malikie Innovations Ltd., et al.**
vs.
Defendant:
**Core Scientific, Inc.**

For: Miller Fair Henry PLLC

Received these papers on the 14th day of May, 2025 at 2:21 pm to be served on **Core Scientific, Inc. c/o Registered Agent Solutions, Inc., 838 Walker Road, Suite 21-2, Dover, Kent County, DE 19904.** I, _____FRANK PRITCHETT_____, being duly sworn, depose and say that on the __15__ day of ___MAY___, 20_25_ at _2:25 P_.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint for Patent Infringement and Jury Demand and Exhibits 1 - 10 with Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to ___JOHN WEST_____(individual accepting) as __MANAGING AGENT___(title), at ___838 WALKER RD, STE 21-2___(street), __DOVER___(city), __DE__(state) __19904__(zip code) ___KENT___ (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as _____(relationship/title) at _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:_____
_____
_____
_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the __15__ day of ___MAY___, __2025__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
FRANK PRITCHETT
PROCESS SERVER # ____1984____
Appointed in accordance with State Statutes

Our Job Serial Number: 2025005261
Ref: Malikie Innovations v Core Scientific

**ATX Process, LLC**
**1411 W 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028