IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., § § § Plaintiffs, § v. § § Core Scientific, Inc., § § Defendant. § | Civil Action No. 2:25-cv-00519-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Core Scientific, Inc. ("Core Scientific") files this Notice of Appearance, and hereby notifies the Court that Rex A. Mann, of the law firm Winston & Strawn, LLP, 2121 North Pearl Street, Suite 900, Dallas TX 75201, Telephone (214) 453-6500, email: rmann@winston.com has entered this action as counsel for Core Scientific. In connection with this notice, Mr. Mann requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated:  June 3, 2025                                   Respectfully submitted,

                                                       /s/ Rex A. Mann
                                                       Rex A. Mann
                                                       WINSTON & STRAWN LLP
                                                       2121 North Pearl Street, Suite 900
                                                       Dallas, TX 75201
                                                       Tel: (214) 453-6500
                                                       Email: rmann@winston.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                             */s/ Rex A. Mann*  
                                                              Rex A. Mann