EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Malakie Innovations Ltd. et al.
Plaintiff

v.

Civ. No. 2:25-cv-00519-JRG-RSP

Core Scientific, Inc.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Core Scientific, Inc.

Date Party's answer was originally due: 06/05/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 07/20/2025

Date: 06/03/2025

/s/ Rex Mann

Full Name: Rex A. Mann
State Bar No.: Texas Bar No. 24075509
Address: WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

Phone: (214) 453-6500
Fax:
Email: rmann@winston.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)