IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Core Scientific, Inc.,<br><br>　　　　　　　Defendant. | §<br>§<br>§　Civil Action No. 2:25-cv-00519-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Core Scientific, Inc. ("Core Scientific") files this Notice of Appearance, and hereby notifies the Court that Brian E. Ferguson, of the law firm Winston & Strawn, LLP, 1901 L Street, N.W., Washington D.C. 20036, Telephone (202) 282-5276, email: beferguson@winston.com has entered this action as counsel for Core Scientific. In connection with this notice, Mr. Ferguson requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated:  June 4, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian E. Ferguson*
　　　　　　　　　　　　　　　　　　　　　　　Brian E. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　　　　1901 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 282-5276
　　　　　　　　　　　　　　　　　　　　　　　Email: beferguson@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Brian E. Ferguson*
Brian E. Ferguson