IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and** § | | |
| **Key Patent Innovations Ltd.,** § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 2:25-cv-519 | |
| § | | |
| **Core Scientific, Inc.** § | JURY TRIAL DEMANDED | |
| § | | |
| Defendant. § | | |
| § | | |

## NOTICE OF ATTORNEY APPEARANCE

COME NOW, Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd., ("Plaintiffs") and hereby notify the Court and all parties of record that, in addition to the attorneys already representing it, Matthew G. Berkowitz, of Reichman Jorgensen Lehman & Feldberg LLP, 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065, Tel: (650) 623-1401, will be appearing as an attorney of record on their behalf in the above-styled and numbered cause.

Date: June 5, 2025

Respectfully submitted,

*/s/ Matthew G. Berkowitz*
Philip J. Eklem – LEAD ATTORNEY
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

Khue V. Hoang
Patrick Colsher
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965

khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Matthew G. Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Of Counsel*:

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*