# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 2:25-cv-00519-JRG-RSP |
| § § | |
| Core Scientific, Inc. § | JURY TRIAL DEMANDED |
| § § | |
| Defendant. § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs, Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Malkie") respectfully request an extension of time for Malikie to comply with P.R. 3-1 & 3-2 (Infringement Contentions) and Defendant Core Scientific, Inc. ("Core Scientific") to comply with P.R. 3-3 & 3-4 (Invalidity Contentions) as follows.

On July 1, 2025, the Court entered an Order setting a Scheduling Conference for July 16, 2025. Dkt. 15. Pursuant to that Order, the deadline for Malikie to Comply with P.R. 3-1 and 3-2 (Infringement Contentions) is July 2, 2025, and the deadline for Core Scientific to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) is August 27, 2025.

Principals from both parties are in ongoing discussions and respectfully request additional time to discuss proposed terms in effort to narrow any disputes regarding the same. Additionally, given the short amount of time between entry of the Court's Order and the deadline to Comply with P.R. 3-1 and 3-2 (Infringement Contentions), and further in light of the upcoming July 4th holiday, Malikie respectfully requests that the deadline for it to Comply with P.R. 3-1 and 3-2 (Infringement Contentions) be extended and that Core Scientific's deadline to Comply with P.R.

3-3 and 3-4 (Invalidity Contentions) be equally extended.

Malikie therefore requests that the deadline to Comply with P.R. 3-1 and 3-2 (Infringement Contentions) be extended from July 2, 2025 until July 18, 2025, and Core Scientific's deadline to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) be extended from August 27, 2025 until September 12, 2025.

Malikie has conferred with Core Scientific, and it does not oppose this request.

Date: July 1, 2025                                          Respectfully submitted,

*/s/ Philip J. Eklem by permission Claire Abernathy Henry*
Philip J. Eklem – LEAD ATTORNEY
REICHMAN JORGENSEN
    LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

Khue V. Hoang
REICHMAN JORGENSEN
    LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
REICHMAN JORGENSEN
    LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Of Counsel*:

Andrea L. Fair
    Texas Bar No. 24078488
Claire Abernathy Henry
    Texas State Bar No. 24053063

MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs met and conferred with counsel for Defendant and this motion is unopposed.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry