# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., | § § § § | |
| Plaintiffs, | § § | |
| v. | § | Case No. 2:25-cv-00519-JRG-RSP |
| Core Scientific, Inc. | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time. Plaintiffs request that the deadline to Comply with P.R. 3-1 and 3-2 (Infringement Contentions) be extended from July 2, 2025 until July 18, 2025, and that the deadline to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) be extended from August 27, 2025 until September 12, 2025. Defendant does not oppose.

Having considered the Motion, the Court finds that it should be and hereby is GRANTED. Accordingly, the Court ORDERS that the deadline to Comply with P.R. 3-1 and 3-2 (Infringement Contentions) is extended from July 2, 2025 until July 18, 2025, and the deadline to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) is extended from August 27, 2025 until September 12, 2025..

IT IS SO ORDERED.