# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Core Scientific, Inc.<br><br>　　　　　Defendant. | § § § § § § § § § § | Case No. 2:25-cv-00519-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF P.R. 3-1 AND – P.R. 3-2 DISCLOSURES

Plaintiffs, Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Malkie") hereby notify the Court that pursuant to P.R. 3-1, 3-2, and this Court's July 3, 2025 Order, it served its required infringement contentions and accompanying production on counsel for Defendant via electronic mail on this July 17, 2025.

Date: July 17, 2025                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Philip J. Eklem by permission Claire Abernathy Henry*
　　　　　　　　　　　　　　　　　　　　　　Philip J. Eklem – LEAD ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　REICHMAN JORGENSEN
　　　　　　　　　　　　　　　　　　　　　　　 LEHMAN & FELDBERG LLP
　　　　　　　　　　　　　　　　　　　　　　1909 K Street, NW, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 894-7310
　　　　　　　　　　　　　　　　　　　　　　peklem@reichmanjorgensen.com

　　　　　　　　　　　　　　　　　　　　　　Khue V. Hoang
　　　　　　　　　　　　　　　　　　　　　　REICHMAN JORGENSEN
　　　　　　　　　　　　　　　　　　　　　　　 LEHMAN & FELDBERG LLP
　　　　　　　　　　　　　　　　　　　　　　400 Madison Avenue, Suite 14D
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 381-1965
　　　　　　　　　　　　　　　　　　　　　　khoang@reichmanjorgensen.com

Matthew G. Berkowitz
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Of Counsel*:

Andrea L. Fair
   Texas Bar No. 24078488
Claire Abernathy Henry
   Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*