# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., ET AL.,<br><br>　　Plaintiffs,<br>v.<br><br>CORE SCIENTIFIC, INC.,<br><br>　　Defendant. | CASE NO. 2:25-cv-00519-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion for an Extension of Time to File Response to Motion to Dismiss filed by Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. **Dkt. No. 21.** Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Plaintiffs' deadline to respond to the Motion to Dismiss is extended to August 11, 2025.

**SIGNED this 24th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE