**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., ET AL.<br><br>Plaintiffs,<br>v.<br><br>CORE SCIENTIFIC, INC.,<br><br>Defendant. | CASE NO.2:25-cv-00519-JRG-RSP |

**ORDER**

Before the Court is the Joint Motion for Venue Discovery and Extension of Time to Respond to Core Scientific's Motion to Transfer filed by Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd., and Defendant Core Scientific, Inc. **Dkt. No. 26.** Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Venue Discovery should proceed as follows:

**Venue-Related Discovery**

1. Plaintiffs may serve up to seven (7) requests for production; Defendant will respond, including producing responsive documents, as soon as practicable but no more than twenty-one (21) days from service.

2. Plaintiffs may serve up to seven (7) interrogatories; Defendant will respond no more than fourteen (14) days from service.

3. Plaintiffs may conduct up to a total of ten (10) hours of depositions limited to the issue of venue.

4. Until the Court enters a Protective Order, any discovery produced in response

to the venue discovery requests may be designated as "Confidential – Outside Attorneys' Eyes Only," such that disclosure of such discovery shall be limited to Plaintiffs' outside attorneys of record and employees of Plaintiffs' outside attorneys of record.

**Timing of Discovery**

5. Initial discovery requests will be served within seven (7) business days from the filing of this motion. Plaintiffs may serve any remaining discovery requests at any time thereafter so long as such discovery is within the agreed to limits in paragraphs 1 and 2 above.

6. Discovery will close sixty (60) days from the filing of this motion. The parties will cooperate in good faith should extensions of this deadline become necessary.

7. Plaintiffs' Response to Defendant Core Scientific, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a) will be due two (2) weeks after the close of venue-related discovery.

8. Any reply or sur-reply shall proceed in accordance with the Court's local rules. The foregoing discovery shall not count toward the discovery limits set forth in the Discovery Order.

**SIGNED this 3rd day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE