# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., ET AL.,<br><br>  Plaintiffs,<br>v.<br><br>CORE SCIENTIFIC, INC.,<br><br>  Defendant. | CASE NO. 2:25-cv-00519-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Extensions of Time to File Response, Reply, and Sur-reply to Motion to Dismiss filed by Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd., and Defendant Core Scientific, Inc. **Dkt. No. 36.** Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the deadlines shall be extended as follows:

- The deadline for Malikie to file its Response to the Motion to Dismiss is extended to August 13, 2025.

- The deadline for Core Scientific to file its Reply in Support of the Motion to Dismiss is extended to August 27, 2025.

- The deadline for Malikie to file its Sur-reply to the Motion to Dismiss is extended to September 8, 2025.

**SIGNED this 8th day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE