**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd., | §<br>§<br>§ | |
| Plaintiffs, | § | Case No. 2:25-CV-519-JRG-RSP |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| Core Scientific, Inc. | §<br>§<br>§ | |
| Defendant. | § | |

**ORDER DENYING DEFENDANT CORE SCIENTIFIC, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101**

CAME ON FOR CONSIDERATION, Defendant Core Scientific, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and 35 U.S.C. § 101. Having considered the motion, it is hereby DENIED.