# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Core Scientific, Inc.<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-cv-00519-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
OF VENUE-RELATED DEADLINES**

Plaintiffs, Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Malkie") respectfully request an extension of time for the parties to complete venue-related discovery as follows.

On August 4, 2025, the Court entered an Order permitting venue-related discovery. Dkt. 31. Pursuant to that Order, the close of venue-related discovery is sixty days from the filing of the parties' Joint Motion for Venue Discovery and Extension of Time to Respond to Core Scientific's Motion to Transfer (Dkt. 26), which is September 28, 2025.

The parties are working to complete venue-related discovery, including depositions of certain witnesses that are expected to be able to take place during the week of September 29 to October 3, 2025. Malikie therefore requests that the deadline to complete venue-related discovery be extended to October 3, 2025, and along with it, the subsequent venue-related briefing deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of venue-related discovery | September 28, 2025 | October 3, 2025 |
| Plaintiffs' response to Defendant's motion to transfer venue | October 12, 2025 | October 17, 2025 |
| Defendant's reply | October 19, 2025 | October 24, 2025 |
| Plaintiff's sur-reply | October 26, 2025 | October 31, 2025 |

Malikie has conferred with Core Scientific, and it does not oppose this request.

Date: September 24, 2025

Respectfully submitted,

*/s/ Philip J. Eklem by permission Claire Abernathy Henry*
Philip J. Eklem – LEAD ATTORNEY
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

Khue V. Hoang
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Of Counsel*:

Andrea L. Fair
   Texas Bar No. 24078488
Claire Abernathy Henry

    Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on September 24, 2025 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendant have met and conferred pursuant to Local Rule CV-7(h). The foregoing motion is unopposed.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry
