**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., ET AL.<br><br>Plaintiffs,<br>v.<br><br>CORE SCIENTIFIC, INC.,<br><br>Defendant. | CASE NO.2:25-cv-00519-JRG-RSP |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time of Venue-Related Deadlines filed by Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. **Dkt. No. 43**. After consideration, and noting its unopposed nature, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadlines to complete venue-related discovery and filed venue-related briefs are extended as follows:

| **Event** | **New Deadline** |
|---|---|
| Close of venue-related discovery | October 3, 2025 |
| Plaintiffs' response to Defendant's motion to transfer venue | October 17, 2025 |
| Defendant's reply | October 24, 2025 |
| Plaintiff's sur-reply | October 31, 2025 |

**SIGNED this 26th day of September, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE