**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Core Scientific, Inc.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-CV-519-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF PHILIP J. EKLEMIN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

I, Philip J. Eklem, provide this declaration in support of Plaintiffs' Opposition to Defendant Core Scientific, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a). I make this declaration based on my own knowledge and/or knowledge formed after a reasonable inquiry.

1. I am an associate in the law firm Reichman Jorgensen Lehman & Feldberg LLP and am counsel of record for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") in this case. My business address is 1909 K St., NW, Washington, DC 20006.

2. Plaintiff Malikie Innovations Ltd. ("Malikie") acquired the asserted patents from BlackBerry Ltd. ("BlackBerry"). Sean McBeath, whose LinkedIn profile identifies him as the current Head of Patents at BlackBerry and previously the Senior Director of Licensing, identifies his location as Keller, Texas, and further identifies Irving, Texas as a work location associated with his roles at BlackBerry since 2009. *See* Ex. 15 hereto.

3. Keller, Texas is about 183-194 miles from Marshall and about 207-223 miles from Austin, Texas. Eklem Decl. I determined these distances using the Google Maps website.

4. Irving, Texas is about 163-179 miles from Marshall and about 204-221 miles from

Austin. Eklem Decl. I determined these distances using the Google Maps website.

5. Plano, Texas is about 158-172 miles from Marshall and about 215-233 miles from Austin. Eklem Decl. I determined these distances using the Google Maps website.

6. Patent Platform Services ("PPS"), Malikie's licensing advisor, is located at 7460 Warren Parkway, Suite 100, Frisco, Texas 75034, which is in the Eastern District of Texas. PPS's address is shown on its website: https://www.patentplatformservices.com/contact.

7. Exhibit 1 hereto is a true and correct copy of Defendant Core Scientific's Second Supplemental Objections and Responses to Plaintiff's First Set of Venue-Related Interrogatories (Nos. 1-4), dated October 2, 2025, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order.

8. Exhibit 2 hereto is a true and correct excerpted copy of the venue-related deposition transcript of Cline Kezar taken on September 23, 2025, which has been designated as CONFIDENTIAL - ATTORNEYS' EYES ONLY under the Protective Order.

9. Exhibit 3 hereto is a true and correct copy of a spreadsheet produced by Core Scientific in this case bearing production number CS-0000003, marked as Exhibit 13 to the venue-related deposition of Cline Kezar, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order. Core Scientific produced this document as a native Excel spreadsheet with two tabs. Exhibit 3, which has been converted to PDF, shows the "BTC Earning" tab and "Miner Count" tab.

10. Exhibit 4 hereto is a true and correct excerpted copy of a spreadsheet produced by Core Scientific in this case bearing production number CS-0000001, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order. Core Scientific produced this document as a native Excel spreadsheet with two tabs.

Exhibit 4, which has been converted to PDF, shows the "Texas Employees" tab, filtered to show the rows where "Home City" is Corinth, Denton, Fort Worth, Justin, Krum, Lewisville, Northlake, Plano, and Sanger.

11. Exhibit 5 hereto is a true and correct excerpted copy of a spreadsheet produced by Core Scientific in this case bearing production number CS-0000471, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order. Core Scientific produced this document as a native Excel spreadsheet with two tabs. Exhibit 5, which has been converted to PDF, shows the "aul" tab, filtered to show the rows where "Location" is "Denton, TX."

12. Exhibit 6 hereto is a true and correct copy of a spreadsheet produced by Core Scientific in this case bearing production number CS-0023771, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order. Core Scientific produced this document as a native Excel spreadsheet. Exhibit 6, which has been converted to PDF, shows the entirety of the spreadsheet.

13. Exhibit 7 hereto is a true and correct copy of a document produced by Core Scientific in this case bearing production number CS-0023764, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order.

14. Exhibit 8 hereto is a true and correct copy of a document produced by Core Scientific in this case bearing production number CS-0023776, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order.

15. Exhibit 9 hereto is a true and correct copy of a document produced by Core Scientific in this case bearing production number CS-0023772, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order.

16. Exhibit 10 hereto is a true and correct copy of a document produced by Core Scientific in this case bearing production number CS-0023768, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order.

17. Exhibit 11 hereto is a true and correct excerpted copy of the venue-related deposition transcript of Dr. Lawrence Kom, taken on October 2, 2025, which has been designated as ATTORNEYS' EYES' ONLY under the Protective Order

18. Exhibit 12 hereto is a true and correct copy of Defendant Core Scientific's First Supplemental Objections and Responses to Plaintiff's Second Set of Venue-Related Interrogatories (Nos. 5-7), dated October 2, 2025, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order.

19. Exhibit 13 hereto is a true and correct copy of a spreadsheet produced by Core Scientific in this case bearing production number CS-0005159, which has been designated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES' ONLY under the Protective Order. Core Scientific produced this document as a native Excel spreadsheet. Exhibit 13, which has been converted to PDF, shows the entirety of the spreadsheet.

20. Exhibit 14 hereto is a true and correct copy of a printout of a BlackBerry webpage (https://wwww.blackberry.com/us/en/company/blackberry-office-locations) accessed on October 15, 2025, which identifies a BlackBerry office at 7950 Legacy Drive, Suite 400, Plano TX 75024.

21. Exhibit 15 hereto is a true and correct copy of a printout of the LinkedIn profile page for Sean McBeath, Senior Director and Head of Patents at BlackBerry, which was accessed on October 15, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of October, 2025 in Zionsville, Indiana.

Philip J. Eklem