# Exhibit 14

# BlackBerry Office Locations

## WATERLOO

2200 University Ave. E
Waterloo, ON, Canada
N2K 0A7

CLICK FOR DIRECTIONS

## OTTAWA

1001 Farrar Road
Kanata, ON, Canada
K2K 0B3

CLICK FOR DIRECTIONS

## VANCOUVER

Units 201
8331 Eastlake Drive
Burnaby BC

CLICK FOR DIRECTIONS

## PLANO

7950 Legacy Drive, Suite 400
Plano, TX
75024

CLICK FOR DIRECTIONS

[redacted]

BlackBerry India Pvt Ltd, No.1301,
13th Floor, KRC Commerzone, Hetero Wing, Madhapur, Durgam Cheruvu Rd,
Vittal Rao Nagar, HITEC City,
Hyderabad, Telangana, India
500032

CLICK FOR DIRECTIONS

## NOVI

25849-57 Meadowbrook Road
Marque Corporate Centre
Novi, Michigan
48375

CLICK FOR DIRECTION

## TOKYO

14F Akasaka 1-Chome Center Building
1-11-30 Akasaka, Minato-ku
Tokyo, Japan
107-0052

CLICK FOR DIRECTIONS

## DÜSSELDORF

Heinrichstrasse 155
North-Rhine Westphalia
Düsseldorf, Germany,
40239

CLICK FOR DIRECTIONS

## HANOVER

[redacted]
Hanover, 30161

CLICK FOR DIRECTIONS

## MUNICH

Units 40-42
Konrad-Zuse-Platz 8
81829 Munich

CLICK FOR DIRECTIONS

## SEOUL

45F. (Yoido-dong, Three IFC)
10, Gukjegeumyung-ro,
Youngdeungpo-gu,
Seoul

CLICK FOR DIRECTION

## NOIDA

Tower 1, Okaya Centre
Plot No. B-5, Sector-62
Unit No.9,10,11 and 12, 6th Floor
Noida, India
201301

CLICK FOR DIRECTIONS

## BEIJING

Unit 54, 5/F, Tower C
Lei Shing Hong Plaza
No. 8 Wangjing Street

Chaoyang District,
Beijing, China

[redacted]

## CYBERJAYA

**Cybersecurity Centre of Excellence (CCOE)**

Jalan Impact, Cyber 6
Off Persiaran Multimedia
63000 Cyberjaya, Selangor
Malaysia

CLICK FOR DIRECTIONS

## SHANGHAI

No. 166 Lujiazui Ring Road,
Unit 2125-2127, Pudong District,
200120 Shanghai, China

CLICK FOR DIRECTIONS