# Exhibit 11

**Exhibit 11: U.S. Patent No. 8,532,286**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **[1pre]** A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation, the method comprising: | To the extent the preamble of claim 1 is limiting, the Accused Instrumentalities perform a method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation.<br><br>For example, the Accused Instrumentalities perform, on a cryptographic apparatus (*e.g.*, a processor (*e.g.*, CPUs, GPUs, ASICs, etc.), a computer (*e.g.*, one or more nodes in a peer-to-peer network, miner, wallet hardware device, device operating wallet software, other computers, etc.), etc.), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the signing of a Bitcoin transaction (*e.g.*, sale, transfer, transmission, sending, transmission, etc. of bitcoin, generating a digital signature in accordance with the Bitcoin protocol, etc.), verification of a Bitcoin transaction (*e.g.*, mining bitcoin, verifying transactions, validating transactions, verifying digital signatures associated in accordance with the Bitcoin protocol), or transmission or receipt of a Bitcoin communication). *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br> "Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing. We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers. We employ our own large fleet of computers ('miners') to earn digital assets for our own account and we provide hosting services for large bitcoin mining customers …. We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."<br><br>Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at 13, 46, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br> "We currently operate in three segments: 'Digital Asset Self-Mining' consisting of digital asset mining for our own account, 'Digital Asset Hosted Mining' consisting of our digital infrastructure and third-party hosting services for digital asset mining, and 'HPC Hosting' consisting of our digital infrastructure and third-party hosting services for client HPC operations. Prior to April 1, 2024, we operated only in the Digital Asset Self-Mining and Digital Asset Hosted Mining segments." |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at 13, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>For example, Core Scientific earned 1,115 Bitcoin in Q3, 2024 from self-mining activities. *See, e.g.*:<br><br><br><br>Source: Core Scientific, Third Quarter Fiscal 2024 Earnings Presentation, Nov. 6, 2024, at 6, available at https://d1io3yog0oux5.cloudfront.net/_af714ff3677136aff8992204fdbd0bc5/corescientific/db/946/9319/presentation/Core+Scientific+Q3+2024+Earnings+Presentation.pdf<br><br>"The Company sells bitcoin it receives through mining…. Sales of digital assets awarded to the Company through its self-mining activities are classified as cash flows from operating activities. The Company does not have any off-balance sheet holdings of digital assets and does not safeguard digital assets for third parties." |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | *See*, *e.g.*, Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>"We finance our operations primarily through cash generated from operations, including the sale of self-mined bitcoin …."<br><br>Source: Core Scientific, Inc. Form 10-K, at 67, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://intel.arkm.com/explorer/tx/da54a34b6af979cae83812f10fa2b844b26a1cd5b 77189c2d3c5f15dbdd4ea00<br><br>The Accused Instrumentalities use a computer when practicing the Bitcoin protocol. For example, Core Scientific utilizes a computer (*e.g.*, one or more nodes in a peer-to-peer network, miners, other computers, etc.) comprising one or more processors (*e.g.*, CPUs, GPUs, ASICs, etc.) when practicing the Bitcoin protocol. *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. (Emphasis added)<br><br>Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm.<br><br>Source: Node, https://academy.binance.com/en/glossary/node.<br><br>In the world of cryptocurrencies, the term ASIC is widely used to refer to the specialized hardware that are being developed and regularly improved by companies such as Bitmain and Halong Mining. These hardware are designed with the sole intention of mining Bitcoin (or other cryptocurrencies). There are some coins that cannot be effectively mined using ASIC miners and, as such, may be referred to as ASIC-resistant cryptocurrencies.<br><br>Source: Application-Specific Integrated Circuit (ASIC), https://academy.binance.com/en/glossary/application-specific-integrated-circuit.<br><br>**"The miners we operate are highly specialized computer servers built to use application-specific integrated circuit ('ASIC') chips that are designed specifically to mine bitcoin. With miners we produce computing power, known as 'hash rate,' with which we verify transactions on the Bitcoin blockchain. Bitcoin "mining" refers to the process of proposing and verifying transaction updates to the Bitcoin blockchain, which helps keep the Bitcoin network and its blockchain secure. Our bitcoin mining operation is focused on the generation of** |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | bitcoin by solving complex cryptographic algorithms to validate transactions on the Bitcoin network blockchain, which is commonly referred to as 'mining.'"<br><br>Source: Core Scientific, Inc. Form 10-K, at 6, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (Emphasis added).<br><br>AUSTIN, Texas--(BUSINESS WIRE)-- **Core Scientific, Inc.** **(Nasdaq: CORZ)** ("Core Scientific" or "the Company"), a leader in digital infrastructure for high-performance computing and bitcoin mining, today released unaudited production and operations updates for January 2025.<br><br>*Key Metrics Summary (unaudited)*<br><br>| Metric | January 2025 | December 2024 |<br>|---|---|---|<br>| Self-Mining Bitcoin Earned[1] | 256 | 291 |<br>| Hosting Bitcoin Earned by Customers[2] | 17 | 18 |<br>| Average Self-Mined Bitcoin Earned/Day | 8.3 | 9.4 |<br>| Self-Mining Energized Hash rate[3] | 18.5 | 19.1 |<br>| Hosting Energized Hash rate[4] | 1.0 | 1.0 |<br>| Total Energized Hash rate | 19.5 | 20.1 |<br>| Bitcoin Sold[5] | - | 79 |<br>| Bitcoin Sales Proceeds ($USD) | - | Appx. $7.7 million |<br>| Average Self-Mining Fleet Efficiency (J/TH)[6] | 24.5 | 24.6 |<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/106/core-scientific-announces-january-2025-production-and-operations-updates.<br><br>"Blockchains are decentralized digital ledgers that record and enable secure peer-to-peer transactions without third-party intermediaries. Blockchains enable the existence of bitcoin by allowing participants to confirm transactions without the need for a central certifying authority. **When a participant requests a transaction, a peer-to-peer computer network consisting of nodes validates the transaction and the user's status using known algorithms. After the transaction is verified, it is combined with other transactions to create a new block of data for the ledger.** The new block is added to the existing blockchain in a way that is permanent and unalterable, thereby completing the transaction. As each new block refers back to and "connects" with the immediately prior solved block associated with it, the addition of a new block adds to the blockchain in a manner similar to a new link being added to a chain." |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: Core Scientific, Inc. Form 10-K, at 5, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (Emphasis added).<br><br>"Our business model has evolved in the past and continues to do so. **After originally being founded in order to engage in the business of verifying and confirming transactions on a blockchain (also known as transaction processing, or "mining")**, we have begun the provision of digital infrastructure colocation services to a third party engaged in high performance computing and have announced plans to convert most of our existing facilities to provide colocation services to other HPC customers. We have generated limited revenue from providing HPC services, and we do not know whether our change in business model will be successful. **To date, our revenue has primarily come from digital asset mining for our own account and digital asset mining hosting services**."<br><br>Source: Core Scientific, Inc. Form 10-K, at 26, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (Emphasis added).<br><br>"We currently operate in three segments: 'Digital Asset Self-Mining,' consisting of digital asset mining for our own account, 'Digital Asset Hosted Mining,' consisting of our digital infrastructure and third-party hosting services for digital asset mining, and 'Colocation,' consisting of providing high-density colocation services to third parties for GPU-based HPC operations. Prior to April 1, 2024, we operated only in the Digital Asset Self-Mining and Digital Asset Hosted Mining segments."<br><br>Source: Core Scientific, Inc. Form 10-Q at 11, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm.<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." <br><br> Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Mining Equipment | Bitcoin Miners in Operation as of March 31, 2025 | |
|---|---|---|
| | Hash rate (EH/s) | Number of Miners |
| Self-miners | 18.1 | 156.0 |
| Hosted miners | 1.0 | 7.3 |
| Total mining equipment | 19.1 | 163.3 |

Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm

"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.

The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."

Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added)

"This document describes a signature format for **signing messages with Bitcoin private keys**.

The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."

Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | <div>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.</div><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br><div>**Message verification method**<br><br>It takes the following parameters:<br><br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".</div><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, during signature generation and verification, a cryptographic operation (*e.g.*, associated with `secp256k1_scalar_mul`) is performed, the function `secp256k1_scalar_mul` is invoked by the cryptographic apparatus (*e.g.*, a processor), and a Montgomery-style reduction is performed.  *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>`static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr, constsecp256k1_scalar* sigs,`<br>`  secp256k1_ge *pubkey, const secp256k1_scalar *message, int recid)`<br>`{`<br>`    ...;`<br>`    secp256k1_scalar_mul(&u2, &rn, sigs);`<br>`    ...;`<br>`    secp256k1_scalar_mul(&u2, &rn, sigs);`<br>`...;` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | }<br><br>Source: src/secp256k1/src/modules/recovery/main_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/modules/recovery/main_impl.h)<br><br>```c
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx, secp256k1_scalar *sigr,
  secp256k1_scalar *sigs, const secp256k1_scalar *seckey, const secp256k1_scalar *message,
  const secp256k1_scalar *nonce, int *recid)
{
    ...;
    secp256k1_scalar_mul(&n, sigr, seckey);
    ...;
    secp256k1_scalar_mul(sigs, sigs, &n);
    ...;
}
```<br><br>Source: src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)<br><br>```c
/** Set a scalar to an unsigned integer. */
static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);
```<br><br>Source: src/secp256k1/src/scalar.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar.h)<br><br>```c
/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)

/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)

SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {
    r->d[0] = v;
    r->d[1] = 0;
    r->d[2] = 0;
    r->d[3] = 0;
```|

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
    ...;
}
static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const
secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)<br><br>```
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t
*l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result.<br><br>Core induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See*, *e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at<br> https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at<br> https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."  *Id*. at 8<br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at<br> https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br><br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." <br><br> *See*, *e.g.*, Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> Core Scientific directs and controls the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin.  *See* claim 1[pre], *supra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The primary procedures we performed to address this critical audit matter included the following:<br><br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems;<br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining;<br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures;<br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware;<br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators;<br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes;<br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned;<br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators;<br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian;<br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and<br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75.<br><br>Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32.<br><br>Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, claim 1[pre], *supra*; *see also*, *e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br><br>Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br><br>Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."<br><br>Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br><br>Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Mining Equipment | Bitcoin Miners in Operation as of March 31, 2025 | |
|---|---|---|
| | Hash rate (EH/s) | Number of Miners |
| Self-miners | 18.1 | 156.0 |
| Hosted miners | 1.0 | 7.3 |
| Total mining equipment | 19.1 | 163.3 |

Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm

"The Company sells bitcoin it receives through mining…. Sales of digital assets awarded to the Company through its self-mining activities are classified as cash flows from operating activities. The Company does not have any off-balance sheet holdings of digital assets and does not safeguard digital assets for third parties."

Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm

"Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing. We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers. We employ are own large fleet of computers ('miners') to earn digital assets for our own account and we provide hosting services for large bitcoin mining customers …. We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."

Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm

"We finance our operations primarily through cash generated from operations, including the sale of self-mined bitcoin …."

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: Core Scientific, Inc. Form 10-K, at 67, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added)<br><br>"This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)<br><br>Core Scientific induces the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin.  *See* claim 1[pre], *supra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The primary procedures we performed to address this critical audit matter included the following:<br><br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems;<br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining;<br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures;<br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware;<br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators;<br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes;<br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned;<br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators;<br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian;<br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and<br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75.<br><br>Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32.<br><br>Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that perform a Montgomery-style reduction in a cryptographic operation. *See*, *e.g.*:<br><br>Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1] |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand." "We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added. Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").

In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)

*Currently our HPC business is highly dependent on a single customer.*

One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)

**Developments During 2024**

*CoreWeave HPC Hosting Agreements*

On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its

HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46) |

**17. SUBSEQUENT EVENT**

On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)

> CoreWeave leveraged NVIDIA BlueField-3 DPUs to increase efficiency, provide scalability, and optimize performance within their AI cloud infrastructure. They used DPUs to offload and accelerate networking, management, storage, and security services, freeing CPU resources.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ➤ CoreWeave uses the NVIDIA DOCA™ software framework to develop in both the application and infrastructure services domains. <br><br> ➤ CoreWeave uses BlueField DPUs and DOCA to provide a robust, cost-effective platform that quickly scales, so customers of any size can create, train, and fine-tune models tailored to their specific business challenges. <br><br> The CoreWeave team knew that their infrastructure needed to support external networking for access and internal networking for compute. It had to manage network traffic across hundreds of thousands of NVIDIA GPUs, sustaining performance under heavy workloads. And it needed to offload and accelerate network and storage tasks to free up CPU resources—allowing processors to concentrate on compute-intensive workloads and improve storage access for more efficient AI computing. Another primary objective for CoreWeave was to develop an infrastructure that could meet the growing demands of AI applications, ensuring scalability to handle increasingly complex and compute-intensive, large-scale workloads well into the future. CoreWeave looked to harness the power of the NVIDIA BlueField networking platform and NVIDIA DOCA software framework to meet these demands. <br><br> Source: https://www.nvidia.com/en-us/customer-stories/core-weave-revolutionizes-data-centers-with-blufield-dpus/ |



| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

### BlueField DPU

The NVIDIA® BlueField® DPU is a data center infrastructure on a chip that combines a high-speed networking interface with powerful, software-programmable Arm cores, enabling breakthrough networking, storage, and security performance. The BlueField DPU offloads, accelerates, and isolates a broad range of software-defined infrastructure services which traditionally ran on the host's CPU, overcoming performance and scalability bottlenecks, and eliminating security threats in modern data centers.

The BlueField DPU contains a programmable CPU based on Arm cores, a state-of-the-art NVIDIA® ConnectX®, and an enhanced set of security, storage, and networking accelerators that can be configured to perform multiple software-defined, hardware-accelerated functions. With a BlueField DPU, a software-defined network, and/or

Source: https://docs.nvidia.com/networking/display/nvidia-bluefield-bmc-software-v25-01.01.pdf , Pages 4 and 43.

https://docs.nvidia.com/doca/sdk/doca+overview/index.html

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Unlocking Real-Time Trillion-Parameter Models**

The NVIDIA GB200 NVL72 connects 36 Grace CPUs and 72 Blackwell GPUs in a rack-scale, liquid-cooled design. It boasts a 72-GPU NVIDIA NVLink™ domain that acts as a single, massive GPU and delivers 30x faster real-time trillion-parameter large language model (LLM) inference.

The GB200 Grace Blackwell Superchip is a key component of the NVIDIA GB200 NVL72, connecting two high-performance NVIDIA Blackwell Tensor Core GPUs and an NVIDIA Grace™ CPU using the NVLink-C2C interconnect to the two Blackwell GPUs.
Source: https://www.nvidia.com/en-us/data-center/gb200-nvl72/

The GB200 is a key component of the NVIDIA GB200 NVL72, a multi-node, liquid-cooled, rack-scale system for the most compute-intensive workloads. It combines 36 Grace Blackwell Superchips, which include 72 Blackwell GPUs and 36 Grace CPUs interconnected by fifth-generation NVLink. Additionally, GB200 NVL72 includes NVIDIA BlueField®-3 data processing units to enable cloud network acceleration, composable storage, zero-trust security and GPU compute elasticity in hyperscale AI clouds. The GB200 NVL72 provides up to a 30x performance increase compared to the same number of NVIDIA H100 Tensor Core GPUs for LLM inference workloads, and reduces cost and energy consumption by up to 25x.
Source: https://nvidianews.nvidia.com/news/nvidia-blackwell-platform-arrives-to-power-a-new-era-of-computing |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-------------------------------------|
|           | The CoreWeave GB300 NVL72 is a rack-scale, liquid-cooled platform that unifies 72 Nvidia Blackwell Ultra GPUs, 36 Arm-based Nvidia Grace CPUs, and 36 NVIDIA BlueField-3 DPUs into a single platform. The deployment is "tightly integrated with CoreWeave's cloud-native software stack, including CoreWeave Kubernetes Service (CKS) and Slurm on Kubernetes (SUNK)," CoreWeave said in a release.<br><br>Source: https://www.networkworld.com/article/4017154/coreweave-achieves-a-first-with-nvidia-gb300-nvl72-deployment.html |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://developer.nvidia.com/doca-downloads?deployment_platform=BlueField&deployment_package=BF-FW-Bundle&installer_type=BFB<br><br>For example, Nvidia DOCA BlueField[1] FW Bundle static source code analysis shows relevant functions related to OpenSSL/TLS, including OpenSSL_x25519_implementation. Accordingly, when function ossl_x25519 is invoked |

[1] For purposes of this complaint, BlueField-3 BMC is representative of other NVIDIA DPU models and variations (e.g., BlueField-2 DPUs, BlueField-3 DPUs, BlueField-4 DPUs, etc.), as they utilize similar firmware files and corresponding functionality. Similarly, Nvidia GB200 NVL72 and GB300 NVL72 are representative of other NVIDIA GPU models and variations (e.g., B200, HGX H200,

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | by the DPU for establishing a shared secret for the TLS connection, the DPU performing a Montgomery-style reduction (e.g., "full reduce") in a cryptographic operation (e.g., x25519_scalar_mult).<br><br>```c<br>int ossl_x25519(uint8_t out_shared_key[32],... uint8_t private_key[32],... uint8_t peer_public_value[32]) {<br>    ...; x25519_scalar_mult(out_shared_key, private_key, peer_public_value); ...;<br>}<br><br>static void x25519_scalar_mult(uint8_t out[32], const uint8_t scalar[32], const uint8_t point[32]) {<br>    ...; fe51_tobytes(out, x2); ...;<br>}<br><br>static void fe51_tobytes(uint8_t *s, const fe51 h) {<br>    uint64_t h0 = h[0];<br>    ...;<br>    uint64_t q;<br><br>    /* compare to modulus */<br>    q = (h0 + 19) >> 51;<br>    q = (h1 + q) >> 51;<br>    ...;<br>    q = (h4 + q) >> 51;<br><br>    /* full reduce */<br>    h0 += 19 * q;<br>    h1 += h0 >> 51; h0 &= MASK51;<br>    ...;<br><br>    /* smash */<br>    s[0] = (uint8_t)(h0 >> 0);<br>    s[1] = (uint8_t)(h0 >> 8);<br>    ...;<br>    s[31] = (uint8_t)(h4 >> 44);<br>}<br>```<br><br>Source: https://github.com/openssl/openssl/blob/master/crypto/ec/curve25519.c |

---

HGX H100, A100, RTX Pro 6000 Blackwell Server Edition, L40S, L40, GH200, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://docs.nvidia.com/doca/archive/doca-v2.2.0/tls-offload/index.html#tls-setup<br><br>OpenSSL library is used by applications to handle security communication like TLS/HTTPS along with certificate/key creation and management. BlueField enables high-performance computing by offloading requests to PKA hardware acceleration. The PKA library implements an OpenSSL engine to interact with the OpenSSL library and the PKA hardware.<br><br>The following are the layers of components from the application that interacts with the API/OpenSSL library down to the hardware: Application > OpenSSL Library > PKA Library > PKA driver > PKA hardware. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | `openssl`     OpenSSL command to interact with OpenSSL library. Provides certificate/key creation, testing and verification<br><br>Source: https://docs.nvidia.com/networking/display/bfswtroubleshooting/openssl+and+pka<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre], *supra*. |
| **[1a]** obtaining an operand for the cryptographic operation; | The Accused Instrumentalities obtain an operand for the cryptographic operation.<br><br>For example, the Accused Instrumentalities **obtain an operand**: *e.g.*, operand `l` is 8 machine words, reduced operand `r` is 4 machine words.  The operand is for **the cryptographic operation** (e.g., associated with `secp256k1_scalar_mul`).  *See, e.g.*:<br><br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source:  src/secp256k1/src/scalar.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar.h)<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {`<br>`    r->d[0] = v;`<br>`    r->d[1] = 0;`<br>`    r->d[2] = 0;` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>```<br>    r->d[3] = 0;<br>    ...;<br>}<br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}<br>```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)<br><br>For example, operand `l` is reduced (in connection with a cryptographic operation) until it fits in p[0..4], which is further reduced into `r`. *See, e.g.*:<br><br>```<br>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];<br>    ...;<br>    /* Reduce 512 bits into 385. */<br>    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 258 bits into 256. */<br>    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);<br>    r->d[0] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}<br>``` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) <br><br> Core Scientific directs and controls the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin.  *See* claim 1[pre]-1[a], *supra*; *see also*, *e.g.*: <br><br> The primary procedures we performed to address this critical audit matter included the following: <br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems; <br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining; <br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures; <br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware; <br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators; <br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes; <br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned; <br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators; <br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian; <br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and <br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered. <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75. <br><br> Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32. <br><br> Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See*, claim 1[pre], *supra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets." <br><br> Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." <br><br> Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." <br><br> Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br><br> Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br><br>Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br><table><tr><td></td><td colspan="2">Bitcoin Miners in Operation as of March 31, 2025</td></tr><tr><td>Mining Equipment</td><td>Hash rate (EH/s)</td><td>Number of Miners</td></tr><tr><td>Self-miners</td><td>18.1</td><td>156.0</td></tr><tr><td>Hosted miners</td><td>1.0</td><td>7.3</td></tr><tr><td>Total mining equipment</td><td>19.1</td><td>163.3</td></tr></table><br>Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm.<br><br>"The Company sells bitcoin it receives through mining…. Sales of digital assets awarded to the Company through its self-mining activities are classified as cash flows from operating activities. The Company does not have any off-balance sheet holdings of digital assets and does not safeguard digital assets for third parties."<br><br>Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>"Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing. We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers. We employ are own large fleet of computers ('miners') to earn digital assets for our own account and |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | we provide hosting services for large bitcoin mining customers …. We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."<br><br>Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>"We finance our operations primarily through cash generated from operations, including the sale of self-mined bitcoin …."<br><br>Source: Core Scientific, Inc. Form 10-K, at 67, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>**"Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added)<br><br>"This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Core Scientific induces the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin.  *See* claim 1[pre], *supra*; *see also*, *e.g.*:<br><br>The primary procedures we performed to address this critical audit matter included the following:<br><br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems;<br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining;<br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures;<br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware;<br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators;<br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes;<br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned;<br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators;<br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian;<br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and<br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75.<br><br>Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32.<br><br>Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that obtain an operand for the cryptographic operation.  *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1]<br><br>"In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand."<br><br>"We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added.<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").<br><br>In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.<br><br>These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)<br><br>*Currently our HPC business is highly dependent on a single customer.*<br><br>One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)<br><br>**Developments During 2024**<br><br>*CoreWeave HPC Hosting Agreements*<br><br>On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its<br><br>HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46)<br><br><div>**17. SUBSEQUENT EVENT**<br><br>On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.</div><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)<br><br>➢ CoreWeave leveraged NVIDIA BlueField-3 DPUs to increase efficiency, provide scalability, and optimize performance within their AI cloud infrastructure. They used DPUs to offload and accelerate networking, management, storage, and security services, freeing CPU resources. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ➤ CoreWeave uses the NVIDIA DOCA™ software framework to develop in both the application and infrastructure services domains.<br><br>➤ CoreWeave uses BlueField DPUs and DOCA to provide a robust, cost-effective platform that quickly scales, so customers of any size can create, train, and fine-tune models tailored to their specific business challenges.<br><br>The CoreWeave team knew that their infrastructure needed to support external networking for access and internal networking for compute. It had to manage network traffic across hundreds of thousands of NVIDIA GPUs, sustaining performance under heavy workloads. And it needed to offload and accelerate network and storage tasks to free up CPU resources—allowing processors to concentrate on compute-intensive workloads and improve storage access for more efficient AI computing. Another primary objective for CoreWeave was to develop an infrastructure that could meet the growing demands of AI applications, ensuring scalability to handle increasingly complex and compute-intensive, large-scale workloads well into the future. CoreWeave looked to harness the power of the NVIDIA BlueField networking platform and NVIDIA DOCA software framework to meet these demands.<br><br>Source: https://www.nvidia.com/en-us/customer-stories/core-weave-revolutionizes-data-centers-with-blufield-dpus/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **BlueField DPU**<br><br>The NVIDIA® BlueField® DPU is a data center infrastructure on a chip that combines a high-speed networking interface with powerful, software-programmable Arm cores, enabling breakthrough networking, storage, and security performance. The BlueField DPU offloads, accelerates, and isolates a broad range of software-defined infrastructure services which traditionally ran on the host's CPU, overcoming performance and scalability bottlenecks, and eliminating security threats in modern data centers.<br><br>The BlueField DPU contains a programmable CPU based on Arm cores, a state-of-the-art NVIDIA® ConnectX®, and an enhanced set of security, storage, and networking accelerators that can be configured to perform multiple software-defined, hardware-accelerated functions. With a BlueField DPU, a software-defined network, and/or<br>Source: https://docs.nvidia.com/networking/display/nvidia-bluefield-bmc-software-v25-01.01.pdf , Pages 4 and 43.<br><br><br>https://docs.nvidia.com/doca/sdk/doca+overview/index.html |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-------------------------------------|
| | **Unlocking Real-Time Trillion-Parameter Models**<br><br>The NVIDIA GB200 NVL72 connects 36 Grace CPUs and 72 Blackwell GPUs in a rack-scale, liquid-cooled design. It boasts a 72-GPU NVIDIA NVLink™ domain that acts as a single, massive GPU and delivers 30x faster real-time trillion-parameter large language model (LLM) inference.<br><br>The GB200 Grace Blackwell Superchip is a key component of the NVIDIA GB200 NVL72, connecting two high-performance NVIDIA Blackwell Tensor Core GPUs and an NVIDIA Grace™ CPU using the NVLink-C2C interconnect to the two Blackwell GPUs.<br>Source: https://www.nvidia.com/en-us/data-center/gb200-nvl72/<br><br>The GB200 is a key component of the NVIDIA GB200 NVL72, a multi-node, liquid-cooled, rack-scale system for the most compute-intensive workloads. It combines 36 Grace Blackwell Superchips, which include 72 Blackwell GPUs and 36 Grace CPUs interconnected by fifth-generation NVLink. Additionally, GB200 NVL72 includes NVIDIA BlueField®-3 data processing units to enable cloud network acceleration, composable storage, zero-trust security and GPU compute elasticity in hyperscale AI clouds. The GB200 NVL72 provides up to a 30x performance increase compared to the same number of NVIDIA H100 Tensor Core GPUs for LLM inference workloads, and reduces cost and energy consumption by up to 25x.<br>Source: https://nvidianews.nvidia.com/news/nvidia-blackwell-platform-arrives-to-power-a-new-era-of-computing |

| Claim No. | Exemplary Evidence of Infringement | |
|---|---|---|
| | The CoreWeave GB300 NVL72 is a rack-scale, liquid-cooled platform that unifies 72 Nvidia Blackwell Ultra GPUs, 36 Arm-based Nvidia Grace CPUs, and 36 NVIDIA BlueField-3 DPUs into a single platform. The deployment is "tightly integrated with CoreWeave's cloud-native software stack, including CoreWeave Kubernetes Service (CKS) and Slurm on Kubernetes (SUNK)," CoreWeave said in a release.<br><br>Source: https://www.networkworld.com/article/4017154/coreweave-achieves-a-first-with-nvidia-gb300-nvl72-deployment.html | |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  |  Source: https://developer.nvidia.com/doca-downloads?deployment_platform=BlueField&deployment_package=BF-FW-Bundle&installer_type=BFB<br><br>For example, when function ossl_x25519 is invoked by the DPU for establishing a shared secret for the TLS connection, the DPU obtains an operand (e.g., h) for performing the cryptographic operation (e.g., x25519_scalar_mult). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | ```int ossl_x25519(uint8_t out_shared_key[32],... uint8_t private_key[32],... uint8_t peer_public_value[32]) {
    ...; x25519_scalar_mult(out_shared_key, private_key, peer_public_value); ...;
}

static void x25519_scalar_mult(uint8_t out[32], const uint8_t scalar[32], const uint8_t point[32]) {
    ...; fe51_tobytes(out, x2); ...;
}

static void fe51_tobytes(uint8_t *s, const fe51 h) {
    uint64_t h0 = h[0];
    ...;
    uint64_t q;

    /* compare to modulus */
    q = (h0 + 19) >> 51;
    q = (h1 + q) >> 51;
    ...;
    q = (h4 + q) >> 51;

    /* full reduce */
    h0 += 19 * q;
    h1 += h0 >> 51; h0 &= MASK51;
    ...;

    /* smash */
    s[0] = (uint8_t)(h0 >> 0);
    s[1] = (uint8_t)(h0 >> 8);
    ...;
    s[31] = (uint8_t)(h4 >> 44);
}``` Source: https://github.com/openssl/openssl/blob/master/crypto/ec/curve25519.c<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre]-1[a], *supra*. |
| **[1b]** computing a modified | The Accused Instrumentalities compute a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus; and | For example, the Accused Instrumentalities **compute a modified operand** (*e.g.*, compute a value "r") **using a reduction value** (*e.g.*, a value SECP256K1_N_C_0), instead of a modulus used in performing a standard Montgomery reduction, **to perform a replacement of a least significant word of the operand** (*e.g.*, to perform a replacement of a least significant word of a scalar or integer, such as of d[0]), rather than perform a cancellation thereof, **the reduction value being a function of the modulus** (*e.g.*, being a function of the a modulus, such as the curve order, *e.g.*, secp256k1 order).  *See, e.g.*: |

Below the table, a code example appears:

```
/** Set a scalar to an unsigned integer. */
static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);
```

Source:  src/secp256k1/src/scalar.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar.h)

```
/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)

/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)

SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {
    r->d[0] = v;
    r->d[1] = 0;
    r->d[2] = 0;
    r->d[3] = 0;
    ...;
}
static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |

```
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t
*l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
```

Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)

Core Scientific directs and controls the performance of this element by others (*e.g.,* its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin.  *See* claim 1[pre]-1[b], *supra; see also, e.g.:*

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | The primary procedures we performed to address this critical audit matter included the following:<br><br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems;<br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining;<br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures;<br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware;<br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators;<br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes;<br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned;<br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators;<br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian;<br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and<br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75.<br><br>Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32.<br><br>Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, claim 1[pre]-1[a], *supra*; *see also*, *e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br><br>Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations." <br><br> Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." <br><br> Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br><br> Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>*(table below)*<br><br>Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm.<br><br>     "The Company sells bitcoin it receives through mining…. Sales of digital assets awarded to the Company through its self-mining activities are classified as cash flows from operating activities. The Company does not have any off-balance sheet holdings of digital assets and does not safeguard digital assets for third parties."<br><br>Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm<br><br>     "Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing. We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers. We employ are own large fleet of computers ('miners') to earn digital assets for our own account and we provide hosting services for large bitcoin mining customers …. We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."<br><br>Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm |

The embedded table reads:

| Mining Equipment | Bitcoin Miners in Operation as of March 31, 2025 | |
|---|---|---|
| | Hash rate (EH/s) | Number of Miners |
| Self-miners | 18.1 | 156.0 |
| Hosted miners | 1.0 | 7.3 |
| Total mining equipment | 19.1 | 163.3 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "We finance our operations primarily through cash generated from operations, including the sale of self-mined bitcoin …."<br><br>Source: Core Scientific, Inc. Form 10-K, at 67, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added)<br><br>"This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)<br><br>Core Scientific induces the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin. *See* claim 1[pre]-1[a], *supra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | The primary procedures we performed to address this critical audit matter included the following: <br><br> • Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems; <br> • Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining; <br> • Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures; <br> • On a sample basis, tested the hashing power contributed by the Company's mining hardware; <br> • Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators; <br> • Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes; <br> • Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned; <br> • Independently confirmed certain financial and performance data directly with the Mining Pool Operators; <br> • Independently confirmed certain financial data directly with the Company's third-party wallet custodian; <br> • Compared the Company's digital wallet and custody records to publicly available blockchain records; and <br> • Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered. <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75. <br><br> Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32. <br><br> Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that compute a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus.  *See*, *e.g.*: <br><br> Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1] |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand."<br><br>"We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added.<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure** <br><br> Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads. <br><br> • Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery. <br><br> • GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems. <br><br> • CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks. <br><br> • DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance. <br><br> • Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments. <br><br> • Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers. <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").<br><br>In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.<br><br>These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)<br><br>**Currently our HPC business is highly dependent on a single customer.**<br><br>One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)<br><br>**Developments During 2024**<br><br>*CoreWeave HPC Hosting Agreements*<br><br>On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its<br><br>HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46)<br><br>17. SUBSEQUENT EVENT<br>On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)<br><br>➤ CoreWeave leveraged NVIDIA BlueField-3 DPUs to increase efficiency, provide scalability, and optimize performance within their AI cloud infrastructure. They used DPUs to offload and accelerate networking, management, storage, and security services, freeing CPU resources. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ➤ CoreWeave uses the NVIDIA DOCA™ software framework to develop in both the application and infrastructure services domains. <br><br> ➤ CoreWeave uses BlueField DPUs and DOCA to provide a robust, cost-effective platform that quickly scales, so customers of any size can create, train, and fine-tune models tailored to their specific business challenges. <br><br> The CoreWeave team knew that their infrastructure needed to support external networking for access and internal networking for compute. It had to manage network traffic across hundreds of thousands of NVIDIA GPUs, sustaining performance under heavy workloads. And it needed to offload and accelerate network and storage tasks to free up CPU resources—allowing processors to concentrate on compute-intensive workloads and improve storage access for more efficient AI computing. Another primary objective for CoreWeave was to develop an infrastructure that could meet the growing demands of AI applications, ensuring scalability to handle increasingly complex and compute-intensive, large-scale workloads well into the future. CoreWeave looked to harness the power of the NVIDIA BlueField networking platform and NVIDIA DOCA software framework to meet these demands. <br><br> Source: https://www.nvidia.com/en-us/customer-stories/core-weave-revolutionizes-data-centers-with-blufield-dpus/ |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-------------------------------------|
|           |  |

**BlueField DPU**

The NVIDIA® BlueField® DPU is a data center infrastructure on a chip that combines a high-speed networking interface with powerful, software-programmable Arm cores, enabling breakthrough networking, storage, and security performance. The BlueField DPU offloads, accelerates, and isolates a broad range of software-defined infrastructure services which traditionally ran on the host's CPU, overcoming performance and scalability bottlenecks, and eliminating security threats in modern data centers.

The BlueField DPU contains a programmable CPU based on Arm cores, a state-of-the-art NVIDIA® ConnectX®, and an enhanced set of security, storage, and networking accelerators that can be configured to perform multiple software-defined, hardware-accelerated functions. With a BlueField DPU, a software-defined network, and/or

Source: https://docs.nvidia.com/networking/display/nvidia-bluefield-bmc-software-v25-01.01.pdf , Pages 4 and 43.

https://docs.nvidia.com/doca/sdk/doca+overview/index.html

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | **Unlocking Real-Time Trillion-Parameter Models**<br><br>The NVIDIA GB200 NVL72 connects 36 Grace CPUs and 72 Blackwell GPUs in a rack-scale, liquid-cooled design. It boasts a 72-GPU NVIDIA NVLink™ domain that acts as a single, massive GPU and delivers 30x faster real-time trillion-parameter large language model (LLM) inference.<br><br>The GB200 Grace Blackwell Superchip is a key component of the NVIDIA GB200 NVL72, connecting two high-performance NVIDIA Blackwell Tensor Core GPUs and an NVIDIA Grace™ CPU using the NVLink-C2C interconnect to the two Blackwell GPUs.<br>Source: https://www.nvidia.com/en-us/data-center/gb200-nvl72/<br><br>The GB200 is a key component of the NVIDIA GB200 NVL72, a multi-node, liquid-cooled, rack-scale system for the most compute-intensive workloads. It combines 36 Grace Blackwell Superchips, which include 72 Blackwell GPUs and 36 Grace CPUs interconnected by fifth-generation NVLink. Additionally, GB200 NVL72 includes NVIDIA BlueField®-3 data processing units to enable cloud network acceleration, composable storage, zero-trust security and GPU compute elasticity in hyperscale AI clouds. The GB200 NVL72 provides up to a 30x performance increase compared to the same number of NVIDIA H100 Tensor Core GPUs for LLM inference workloads, and reduces cost and energy consumption by up to 25x.<br>Source: https://nvidianews.nvidia.com/news/nvidia-blackwell-platform-arrives-to-power-a-new-era-of-computing |

| Claim No. | Exemplary Evidence of Infringement | |
|---|---|---|
| | The CoreWeave GB300 NVL72 is a rack-scale, liquid-cooled platform that unifies 72 Nvidia Blackwell Ultra GPUs, 36 Arm-based Nvidia Grace CPUs, and 36 NVIDIA BlueField-3 DPUs into a single platform. The deployment is "tightly integrated with CoreWeave's cloud-native software stack, including CoreWeave Kubernetes Service (CKS) and Slurm on Kubernetes (SUNK)," CoreWeave said in a release.<br><br>Source: https://www.networkworld.com/article/4017154/coreweave-achieves-a-first-with-nvidia-gb300-nvl72-deployment.html | |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://developer.nvidia.com/doca-downloads?deployment_platform=BlueField&deployment_package=BF-FW-Bundle&installer_type=BFB<br><br>For example, when function ossl_x25519 is invoked by the DPU for establishing a shared secret for the TLS connection, the DPU computes a modified operand (e.g., out_shared_key) using a reduction value (e.g., q), instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand (e.g., h0), rather than perform a cancellation thereof, the reduction value (e.g., q) being a function of the modulus (e.g., "compare to modulus"). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
int ossl_x25519(uint8_t out_shared_key[32],... uint8_t private_key[32],... uint8_t peer_public_value[32]) {
    ...; x25519_scalar_mult(out_shared_key, private_key, peer_public_value); ...;
}

static void x25519_scalar_mult(uint8_t out[32], const uint8_t scalar[32], const uint8_t point[32]) {
    ...; fe51_tobytes(out, x2); ...;
}

static void fe51_tobytes(uint8_t *s, const fe51 h) {
    uint64_t h0 = h[0];
    ...;
    uint64_t q;

    /* compare to modulus */
    q = (h0 + 19) >> 51;
    q = (h1 + q) >> 51;
    ...;
    q = (h4 + q) >> 51;

    /* full reduce */
    h0 += 19 * q;
    h1 += h0 >> 51; h0 &= MASK51;
    ...;

    /* smash */
    s[0] = (uint8_t)(h0 >> 0);
    s[1] = (uint8_t)(h0 >> 8);
    ...;
    s[31] = (uint8_t)(h4 >> 44);
}
```<br><br>Source: https://github.com/openssl/openssl/blob/master/crypto/ec/curve25519.c <br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre]-1[b], *supra*. |
| **[1c]** outputting the | The Accused Instrumentalities output the modified operand.<br><br>For example, the Accused Instrumentalities output the modified operand (e.g., the value "r"). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| modified operand. | /** **Set a scalar to an unsigned integer**. */<br>static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);<br><br>Source:  src/secp256k1/src/scalar.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar.h)<br><br>/* Limbs of the secp256k1 order. */<br>#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)<br>#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)<br>#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)<br>#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)<br><br>/* Limbs of 2^256 minus the secp256k1 order. */<br>#define **SECP256K1_N_C_0** (~SECP256K1_N_0 + 1)<br>#define SECP256K1_N_C_1 (~SECP256K1_N_1)<br>#define SECP256K1_N_C_2 (1)<br><br>SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {<br>    r->d[0] = v;<br>    r->d[1] = 0;<br>    r->d[2] = 0;<br>    r->d[3] = 0;<br>    ...;<br>}<br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}<br><br>Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)<br><br>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {<br>    secp256k1_uint128 c128; |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
...;
uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
...;
/* Reduce 512 bits into 385. */
/* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
...;
/* Reduce 385 bits into 258. */
/* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
...;
/* Reduce 258 bits into 256. */
/* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
secp256k1_u128_from_u64(&c128, p0);
secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
r->d[0] = secp256k1_u128_to_u64(&c128); ...;
r->d[1] = secp256k1_u128_to_u64(&c128); ...;
r->d[2] = secp256k1_u128_to_u64(&c128); ...;
r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
```

Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)

Core Scientific directs and controls the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin. *See* claim 1[pre]-1[c], *supra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The primary procedures we performed to address this critical audit matter included the following:<br><br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems;<br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining;<br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures;<br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware;<br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators;<br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes;<br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned;<br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators;<br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian;<br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and<br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75.<br><br>Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32.<br><br>Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, claim 1[pre]-1[b], *supra*; *see also*, *e.g.*:<br><br>    "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br><br>Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br><br>Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."<br><br>Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br><br>Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

<table>
<tr><th rowspan="2">Mining Equipment</th><th colspan="2">Bitcoin Miners in Operation as of March 31, 2025</th></tr>
<tr><th>Hash rate (EH/s)</th><th>Number of Miners</th></tr>
<tr><td>Self-miners</td><td>18.1</td><td>156.0</td></tr>
<tr><td>Hosted miners</td><td>1.0</td><td>7.3</td></tr>
<tr><td>Total mining equipment</td><td>19.1</td><td>163.3</td></tr>
</table>

Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm.

"The Company sells bitcoin it receives through mining…. Sales of digital assets awarded to the Company through its self-mining activities are classified as cash flows from operating activities. The Company does not have any off-balance sheet holdings of digital assets and does not safeguard digital assets for third parties."

Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm

"Core Scientific, Inc. is a leader in digital infrastructure for bitcoin mining and high-performance computing. We operate dedicated, purpose-built facilities for digital asset mining and are a premier provider of digital infrastructure, software solutions and services to our third-party customers. We employ are own large fleet of computers ('miners') to earn digital assets for our own account and we provide hosting services for large bitcoin mining customers …. We derive the majority of our revenue from earning bitcoin for our own account ('self-mining')."

Source: Core Scientific., Inc., Quarterly report pursuant to Section 13 and 15(d), (Form 10-Q), at Note 1, filed Nov. 06, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1839341/000162828024045811/core-20240930.htm

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "We finance our operations primarily through cash generated from operations, including the sale of self-mined bitcoin …."<br><br>Source: Core Scientific, Inc. Form 10-K, at 67, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added)<br><br>"This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)<br><br>Core Scientific induces the performance of this element by others (*e.g.*, its wallet custodians), for example, by directing, requesting, contractually obligating, etc., others to perform actions and/or deploy and/or operate hardware and/or software for transferring, sending, transmitting, spending, etc. bitcoin. *See* claim 1[pre]-1[b], *supra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The primary procedures we performed to address this critical audit matter included the following:<br><br>• Evaluated and tested the design and operating effectiveness of IT general controls over the Company's IT environment and key financially relevant systems;<br>• Evaluated and tested the design and operating effectiveness of the financial controls pertaining to the Company's processes for recognizing revenue from Digital Assets Self-Mining;<br>• Performed site visitations of the facilities where the Company's mining hardware is located, which included an observation of the physical and environmental controls and mining equipment inventory observation procedures;<br>• On a sample basis, tested the hashing power contributed by the Company's mining hardware;<br>• Evaluated management's rationale for the application of Accounting Standards Codification 606 to account for its digital assets earned, which included evaluating the provisions of the contract between the Company and the Mining Pool Operators;<br>• Evaluated management's disclosures of its Bitcoin activity in the financial statement footnotes;<br>• Evaluated and tested management's rationale and supporting documentation associated with the valuation of Bitcoin earned;<br>• Independently confirmed certain financial and performance data directly with the Mining Pool Operators;<br>• Independently confirmed certain financial data directly with the Company's third-party wallet custodian;<br>• Compared the Company's digital wallet and custody records to publicly available blockchain records; and<br>• Performed certain substantive analytical procedures to determine completeness and occurrence of digital assets earned by the Company as consideration for services rendered.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 75.<br><br>Certain digital assets held by us are stored using Coinbase Global, Inc. ("Coinbase"), a third-party digital asset service. We believe that the security procedures that Coinbase utilizes, such as dual authentication security, secured facilities, segregated accounts<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf at 32.<br><br>Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that output a modified operand. *See, e.g.*:<br><br>Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1] |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand." <br><br> "We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added. <br><br> Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC"). <br><br> In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. <br><br> These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications. <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4) <br><br> *Currently our HPC business is highly dependent on a single customer.* <br><br> One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14) <br><br> **Developments During 2024** <br><br> *CoreWeave HPC Hosting Agreements* <br><br> On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its <br><br> HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46)<br><br>**17. SUBSEQUENT EVENT**<br><br>On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)<br><br>➤ CoreWeave leveraged NVIDIA BlueField-3 DPUs to increase efficiency, provide scalability, and optimize performance within their AI cloud infrastructure. They used DPUs to offload and accelerate networking, management, storage, and security services, freeing CPU resources. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ➤ CoreWeave uses the NVIDIA DOCA™ software framework to develop in both the application and infrastructure services domains.<br><br>➤ CoreWeave uses BlueField DPUs and DOCA to provide a robust, cost-effective platform that quickly scales, so customers of any size can create, train, and fine-tune models tailored to their specific business challenges.<br><br>The CoreWeave team knew that their infrastructure needed to support external networking for access and internal networking for compute. It had to manage network traffic across hundreds of thousands of NVIDIA GPUs, sustaining performance under heavy workloads. And it needed to offload and accelerate network and storage tasks to free up CPU resources—allowing processors to concentrate on compute-intensive workloads and improve storage access for more efficient AI computing. Another primary objective for CoreWeave was to develop an infrastructure that could meet the growing demands of AI applications, ensuring scalability to handle increasingly complex and compute-intensive, large-scale workloads well into the future. CoreWeave looked to harness the power of the NVIDIA BlueField networking platform and NVIDIA DOCA software framework to meet these demands.<br><br>Source: https://www.nvidia.com/en-us/customer-stories/core-weave-revolutionizes-data-centers-with-blufield-dpus/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  |  |

**BlueField DPU**

The NVIDIA® BlueField® DPU is a data center infrastructure on a chip that combines a high-speed networking interface with powerful, software-programmable Arm cores, enabling breakthrough networking, storage, and security performance. The BlueField DPU offloads, accelerates, and isolates a broad range of software-defined infrastructure services which traditionally ran on the host's CPU, overcoming performance and scalability bottlenecks, and eliminating security threats in modern data centers.

The BlueField DPU contains a programmable CPU based on Arm cores, a state-of-the-art NVIDIA® ConnectX®, and an enhanced set of security, storage, and networking accelerators that can be configured to perform multiple software-defined, hardware-accelerated functions. With a BlueField DPU, a software-defined network, and/or

Source: https://docs.nvidia.com/networking/display/nvidia-bluefield-bmc-software-v25-01.01.pdf , Pages 4 and 43.

https://docs.nvidia.com/doca/sdk/doca+overview/index.html

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Unlocking Real-Time Trillion-Parameter Models**<br><br>The NVIDIA GB200 NVL72 connects 36 Grace CPUs and 72 Blackwell GPUs in a rack-scale, liquid-cooled design. It boasts a 72-GPU NVIDIA NVLink™ domain that acts as a single, massive GPU and delivers 30x faster real-time trillion-parameter large language model (LLM) inference.<br><br>The GB200 Grace Blackwell Superchip is a key component of the NVIDIA GB200 NVL72, connecting two high-performance NVIDIA Blackwell Tensor Core GPUs and an NVIDIA Grace™ CPU using the NVLink-C2C interconnect to the two Blackwell GPUs.<br>Source: https://www.nvidia.com/en-us/data-center/gb200-nvl72/<br><br>The GB200 is a key component of the NVIDIA GB200 NVL72, a multi-node, liquid-cooled, rack-scale system for the most compute-intensive workloads. It combines 36 Grace Blackwell Superchips, which include 72 Blackwell GPUs and 36 Grace CPUs interconnected by fifth-generation NVLink. Additionally, GB200 NVL72 includes NVIDIA BlueField®-3 data processing units to enable cloud network acceleration, composable storage, zero-trust security and GPU compute elasticity in hyperscale AI clouds. The GB200 NVL72 provides up to a 30x performance increase compared to the same number of NVIDIA H100 Tensor Core GPUs for LLM inference workloads, and reduces cost and energy consumption by up to 25x.<br>Source: https://nvidianews.nvidia.com/news/nvidia-blackwell-platform-arrives-to-power-a-new-era-of-computing |

| Claim No. | Exemplary Evidence of Infringement | |
|---|---|---|
| | The CoreWeave GB300 NVL72 is a rack-scale, liquid-cooled platform that unifies 72 Nvidia Blackwell Ultra GPUs, 36 Arm-based Nvidia Grace CPUs, and 36 NVIDIA BlueField-3 DPUs into a single platform. The deployment is "tightly integrated with CoreWeave's cloud-native software stack, including CoreWeave Kubernetes Service (CKS) and Slurm on Kubernetes (SUNK)," CoreWeave said in a release.<br><br>Source: https://www.networkworld.com/article/4017154/coreweave-achieves-a-first-with-nvidia-gb300-nvl72-deployment.html | |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | 

Source: https://developer.nvidia.com/doca-downloads?deployment_platform=BlueField&deployment_package=BF-FW-Bundle&installer_type=BFB

For example, when function ossl_x25519 is invoked by the DPU for establishing a shared secret for the TLS connection, the DPU outputs the modified operand (e.g., "s"). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>```c
int ossl_x25519(uint8_t out_shared_key[32],... uint8_t private_key[32],... uint8_t peer_public_value[32]) {
    ...; x25519_scalar_mult(out_shared_key, private_key, peer_public_value); ...;
}

static void x25519_scalar_mult(uint8_t out[32], const uint8_t scalar[32], const uint8_t point[32]) {
    ...; fe51_tobytes(out, x2); ...;
}

static void fe51_tobytes(uint8_t *s, const fe51 h) {
    uint64_t h0 = h[0];
    ...;
    uint64_t q;

    /* compare to modulus */
    q = (h0 + 19) >> 51;
    q = (h1 + q) >> 51;
    ...;
    q = (h4 + q) >> 51;

    /* full reduce */
    h0 += 19 * q;
    h1 += h0 >> 51; h0 &= MASK51;
    ...;

    /* smash */
    s[0] = (uint8_t)(h0 >> 0);
    s[1] = (uint8_t)(h0 >> 8);
    ...;
    s[31] = (uint8_t)(h4 >> 44);
}
```<br><br>Source: https://github.com/openssl/openssl/blob/master/crypto/ec/curve25519.c<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See* 1[pre]-[c], *supra*. |