# Exhibit 12

**Exhibit 12: U.S. Patent No. 8,712,039**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre].** A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, the method comprising: | To the extent the preamble of claim 1 is limiting, the Accused Instrumentalities perform a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration. *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, the Accused Instrumentalities perform a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration. *See*, *e.g.*:<br><br>    "Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a best-in-class large-scale operator of dedicated, purpose-built facilities for digital asset mining and a premier provider of blockchain infrastructure, software solutions and services. We employ our own large fleet of computers ("miners"), primarily manufactured by Bitmain Technologies Limited ("Bitmain"), to earn bitcoin for our own account and provide hosting services for large bitcoin mining customers at our seven operational data centers in Georgia (2), Kentucky (1), North Carolina (1), North Dakota (1) and Texas (2)."<br><br>Source: Core Scientific., Inc., Annual report pursuant to Section 13 or 15(d), (Form 10-K), at 3, filed Mar. 12, 2024, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-24-010682/0001628280-24-010682.pdf<br><br>    "We own and host specialized mining computers configured for the purpose of validating transactions on the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain and incorporate application-specific integrated circuit ("ASIC") chips specialized to solve blocks on the bitcoin blockchains using the 256bit secure hashing algorithm ("SHA-256") in return for bitcoin digital asset rewards." *Id*. at 7.<br><br>    "Core Scientific has operated more than 600,000 Bitmain miners across its data centers since beginning operations in 2017. Today, 99% of the more than 200,000 miners the Company currently operates for itself and its hosting customers are Bitmain S19 models, including those owned by Core Scientific and those hosted for customers. In addition to supplying miners to Core Scientific, |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Bitmain has been a hosting customer for nearly five years, entrusting the Company to operate and maintain a large number of its own miners." |

Source: https://investors.corescientific.com/news-events/press-releases/detail/55/bitmain-to-invest-54-million-in-core-scientific-inc-as-part-of-new-supply-contract

"We currently have two active purchase agreements with Bitmain. The first agreement is for the acquisition of Antminer S19J XP miners with a combined exahash of 4.08 or 28,400 miners to be delivered from the fourth quarter of 2023 through early 2024. The second agreement is for the acquisition of Antminer S21 miners with a combined exahash of 2.52 or approximately 12,900 miners to be delivered during the first half of 2024. We are accelerating the delivery and deployment of the Antminer S21 miners. As of December 31, 2023, we are current on our payment commitments under both agreements. As of the date of this prospectus, we have completed payment on all new bitcoin miners ordered for 2024."

Source: Core Scientific., Inc. Prospectus pursuant to Rule 424(b)(3), filed May 06, 2024, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-24-020733/0001628280-24-020733.pdf

"In October 2023, the Company entered into a purchase agreement to acquire S21 miners with a combined exahash of 2.52 or approximately 12,900 miners from Bitmain for approximately $50.4 million, of which $2.4 million was paid as of December 31, 2023, and included in other current assets on the Company's consolidated balance sheets. Delivery of the miners is expected between the first and second quarters of 2024. In September 2023, the Company entered into a purchase agreement to acquire S19 XP miners with a combined exahash of 4.08 or 28,400 miners from Bitmain for approximately $77.1 million, of which $4.1 million was paid as of December 31, 2023. As of December 31, 2023, the Company had received approximately 22,700 miners. The remaining miners were received in January 2024."

Source: Core Scientific., Inc., Annual report pursuant to Section 13 or 15(d), (Form 10-K), at 118, filed Mar. 12, 2024, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-24-010682/0001628280-24-010682.pdf

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "**The miners we operate are highly specialized computer servers built to use application-specific integrated circuit ('ASIC') chips that are designed specifically to mine bitcoin. With miners we produce computing power, known as 'hash rate,' with which we verify transactions on the Bitcoin blockchain. Bitcoin "mining" refers to the process of proposing and verifying transaction updates to the Bitcoin blockchain, which helps keep the Bitcoin network and its blockchain secure.** Our bitcoin mining operation is focused on the generation of bitcoin by solving complex cryptographic algorithms to validate transactions on the Bitcoin network blockchain, which is commonly referred to as 'mining.'"<br><br>Source: Core Scientific, Inc. Form 10-K, at 6, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (Emphasis added).<br><br>AUSTIN, Texas--(BUSINESS WIRE)-- **Core Scientific, Inc. (Nasdaq: CORZ)** ("Core Scientific" or "the Company"), a leader in digital infrastructure for high-performance computing and bitcoin mining, today released unaudited production and operations updates for January 2025.<br><br>*Key Metrics Summary (unaudited)*<br><br>{TABLE}<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/106/core-scientific-announces-january-2025-production-and-operations-updates<br><br>"Our business model has evolved in the past and continues to do so. **After originally being founded in order to engage in the business of verifying and confirming transactions on a blockchain (also known as transaction processing, or "mining")**, we have begun the provision of digital |

The embedded table (Key Metrics Summary):

| Metric | January 2025 | December 2024 |
|---|---|---|
| Self-Mining Bitcoin Earned[1] | 256 | 291 |
| Hosting Bitcoin Earned by Customers[2] | 17 | 18 |
| Average Self-Mined Bitcoin Earned/Day | 8.3 | 9.4 |
| Self-Mining Energized Hash rate[3] | 18.5 | 19.1 |
| Hosting Energized Hash rate[4] | 1.0 | 1.0 |
| Total Energized Hash rate | 19.5 | 20.1 |
| Bitcoin Sold[5] | - | 79 |
| Bitcoin Sales Proceeds ($USD) | - | Appx. $7.7 million |
| Average Self-Mining Fleet Efficiency (J/TH)[6] | 24.5 | 24.6 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | infrastructure colocation services to a third party engaged in high performance computing and have announced plans to convert most of our existing facilities to provide colocation services to other HPC customers. We have generated limited revenue from providing HPC services, and we do not know whether our change in business model will be successful. **To date, our revenue has primarily come from digital asset mining for our own account and digital asset mining hosting services**." <br><br> Source: Core Scientific, Inc. Form 10-K, at 26, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (Emphasis added). <br><br> "We currently operate in three segments: 'Digital Asset Self-Mining,' consisting of digital asset mining for our own account, 'Digital Asset Hosted Mining,' consisting of our digital infrastructure and third-party hosting services for digital asset mining, and 'Colocation,' consisting of providing high-density colocation services to third parties for GPU-based HPC operations. Prior to April 1, 2024, we operated only in the Digital Asset Self-Mining and Digital Asset Hosted Mining segments." <br><br> Source: Core Scientific, Inc. Form 10-Q at 11, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm. <br><br> <table><tr><td colspan="3">Bitcoin Miners in Operation as of March 31, 2025</td></tr><tr><td>Mining Equipment</td><td>Hash rate (EH/s)</td><td>Number of Miners</td></tr><tr><td>Self-miners</td><td>18.1</td><td>156.0</td></tr><tr><td>Hosted miners</td><td>1.0</td><td>7.3</td></tr><tr><td>Total mining equipment</td><td>19.1</td><td>163.3</td></tr></table> <br><br> Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://service.bitmain.com/support/download<br><br>For example, Antminer S19 Pro[1] firmware code includes various files (e.g., libcrypto.so.1.1, libcrypto.so, libssl.so, etc.) related to its crypto/security modules. As one example, libcrypto.so.1.1 discloses relevant functions related to implementation of SHA256. For example, libcrypto.so.1.1 includes function CTLOG_new(), which invokes SHA256 function to compute the hash. Function SHA256() computes the SHA256 hash of input data d with length n bytes. SHA256_Init() performs initial setup of the internal state, including setting the initial hash values (A–H). SHA256_Update() performs the 512-bit blocks formation from the input and calls the FUN_00161f20 function for performing SHA256 hash calculations. Function FUN_00161f20() is a function for executing SHA256 hashing and updating iterations. |

---

[1] For purposes of this complaint, Antminer S19 Pro is representative of other Antminer S19 and Antminer S21 models and variations (e.g., Antminer S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | <br>```<br>00161f20 08 30 4f e2      adr        r3,FUN_00161f20<br><br>LAB_00163920<br>     vld1.32    {d0,d1,d2,d3},[param_1]<br>     sub        r3,r3,#0x120<br>     add        param_3,param_2,param_3, lsl #0<br>     b          LAB_00163930<br>                    ...<br><br>LAB_00163920<br>     vld1.32    {d0,d1,d2,d3},[param_1]<br>     sub        r3,r3,#0x120<br>     add        param_3,param_2,param_3, lsl #0:<br>     b          LAB_00163930<br><br>                    ...<br><br>vadd.i32   q12,q12,q8<br>sha256su... q8,q9<br>vmov       q2,q0<br>sha256h.... q0,q1,q12<br>sha256h2... q1,q2,q12<br>sha256su... q8,q10,q11<br>vld1.32    {d24,d25},[r3]=>DAT_00161e20!<br>                    ...<br>vadd.i32   q13,q13,q9<br>sha256su... q9,q10<br>vmov       q2,q0<br>sha256h.... q0,q1,q13<br>sha256h2... q1,q2,q13<br>sha256su... q9,q11,q8<br>vld1.32    {d26,d27},[r3]=>DAT_00161e30!<br>```<br><br>Source: libcrypto.so.1.1[2] |

---

[2] A human-readable version of a firmware file may be generated using tools such as Ghidra (https://github.com/NationalSecurityAgency/ghidra).

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
 5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
 6
 7  {
                                ...
76      pauVar10 = param_2 + param_3 * 4;
77      do {
78          auVar38 = *param_2;
                                ...
82          param_2 = param_2 + 4;

87          auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88          auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89          auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90          auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91          auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92          auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93          auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94          auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95          auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96          auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                ...
157         auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158         auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

161     } while (param_2 != pauVar10);

166     return;
167  }
```

Source: libcrypto.so.1.1

Function FUN_00161f20() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

```
Instruction Summary
-------------------
Mnemonic         : sha256h2.32
Number of Operands: 3

Input Objects:
  q1, q12, q2, const:0x0, const:0xb7
Result Objects:
  q1
```

```
Instruction Summary
-------------------
Mnemonic          : sha256h.32
Number of Operands: 3

Input Objects:
  q0, q1, q12, const:0x1, const:0xb7
Result Objects:
  q0
```

```
instruction(ARMinstructions.instruction(ARMinstructions.sinc:1534)
               00161f20 08 30 4f e2     adr        r3,FUN_00161f20
                            ...

               vadd.i32    q12,q12,q8
               sha256su... q8,q9
               vmov        q2,q0
               sha256h.... q0,q1,q12
               sha256h2... q1,q2,q12
               sha256su... q8,q10,q11
               vld1.32     {d24,d25},[r3]=>DAT_00161e20!
```

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |
| | Operand-0 | Operand-1 | Operand-2 |
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | 

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en

Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, *e.g.*:

> "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."

Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf

> "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."

Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."<br><br>Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br><br>Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br><br>Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Mining Equipment | Bitcoin Miners in Operation as of March 31, 2025 | |
|---|---|---|
|  | Hash rate (EH/s) | Number of Miners |
| Self-miners | 18.1 | 156.0 |
| Hosted miners | 1.0 | 7.3 |
| Total mining equipment | 19.1 | 163.3 |

11

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: Core Scientific, Inc. Form 10-Q at 35, filed May 7, 2025, available at https://investors.core scientific.com/sec-filings/all-sec-filings/content/0001628280-25-023242/core-20250331.htm.<br><br>Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that perform a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration. *See, e.g.*:<br><br>Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1]<br><br>"In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand."<br><br>"We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added.<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC"). <br><br> In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. <br><br> These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications. <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4) <br><br> **_Currently our HPC business is highly dependent on a single customer._** <br><br> One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual <br><br> Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14) <br><br> **Developments During 2024** <br><br> _CoreWeave HPC Hosting Agreements_ <br><br> On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its <br><br> HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46)<br><br>**17. SUBSEQUENT EVENT**<br>    On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)<br><br>> CoreWeave leveraged NVIDIA BlueField-3 DPUs to increase efficiency, provide scalability, and optimize performance within their AI cloud infrastructure. They used DPUs to offload and accelerate networking, management, storage, and security services, freeing CPU resources. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | > CoreWeave uses the NVIDIA DOCA™ software framework to develop in both the application and infrastructure services domains.<br><br>> CoreWeave uses BlueField DPUs and DOCA to provide a robust, cost-effective platform that quickly scales, so customers of any size can create, train, and fine-tune models tailored to their specific business challenges.<br><br>The CoreWeave team knew that their infrastructure needed to support external networking for access and internal networking for compute. It had to manage network traffic across hundreds of thousands of NVIDIA GPUs, sustaining performance under heavy workloads. And it needed to offload and accelerate network and storage tasks to free up CPU resources—allowing processors to concentrate on compute-intensive workloads and improve storage access for more efficient AI computing. Another primary objective for CoreWeave was to develop an infrastructure that could meet the growing demands of AI applications, ensuring scalability to handle increasingly complex and compute-intensive, large-scale workloads well into the future. CoreWeave looked to harness the power of the NVIDIA BlueField networking platform and NVIDIA DOCA software framework to meet these demands.<br><br>Source: https://www.nvidia.com/en-us/customer-stories/core-weave-revolutionizes-data-centers-with-blufield-dpus/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Within the image:

## BlueField DPU

The NVIDIA® BlueField® DPU is a data center infrastructure on a chip that combines a high-speed networking interface with powerful, software-programmable Arm cores, enabling breakthrough networking, storage, and security performance. The BlueField DPU offloads, accelerates, and isolates a broad range of software-defined infrastructure services which traditionally ran on the host's CPU, overcoming performance and scalability bottlenecks, and eliminating security threats in modern data centers.

The BlueField DPU contains a programmable CPU based on Arm cores, a state-of-the-art NVIDIA® ConnectX®, and an enhanced set of security, storage, and networking accelerators that can be configured to perform multiple software-defined, hardware-accelerated functions. With a BlueField DPU, a software-defined network, and/or

Source: https://docs.nvidia.com/networking/display/nvidia-bluefield-bmc-software-v25-01.01.pdf , Pages 4 and 43.

NVIDIA BlueField DPU

https://docs.nvidia.com/doca/sdk/doca+overview/index.html

17

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Unlocking Real-Time Trillion-Parameter Models**<br><br>The NVIDIA GB200 NVL72 connects 36 Grace CPUs and 72 Blackwell GPUs in a rack-scale, liquid-cooled design. It boasts a 72-GPU NVIDIA NVLink™ domain that acts as a single, massive GPU and delivers 30x faster real-time trillion-parameter large language model (LLM) inference.<br><br>The GB200 Grace Blackwell Superchip is a key component of the NVIDIA GB200 NVL72, connecting two high-performance NVIDIA Blackwell Tensor Core GPUs and an NVIDIA Grace™ CPU using the NVLink-C2C interconnect to the two Blackwell GPUs.<br>Source: https://www.nvidia.com/en-us/data-center/gb200-nvl72/<br><br>The GB200 is a key component of the NVIDIA GB200 NVL72, a multi-node, liquid-cooled, rack-scale system for the most compute-intensive workloads. It combines 36 Grace Blackwell Superchips, which include 72 Blackwell GPUs and 36 Grace CPUs interconnected by fifth-generation NVLink. Additionally, GB200 NVL72 includes NVIDIA BlueField®-3 data processing units to enable cloud network acceleration, composable storage, zero-trust security and GPU compute elasticity in hyperscale AI clouds. The GB200 NVL72 provides up to a 30x performance increase compared to the same number of NVIDIA H100 Tensor Core GPUs for LLM inference workloads, and reduces cost and energy consumption by up to 25x.<br>Source: https://nvidianews.nvidia.com/news/nvidia-blackwell-platform-arrives-to-power-a-new-era-of-computing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

|  | GB200 NVL72 | GB200 Grace Blackwell Superchip |
|---|---|---|
| Configuration | 36 Grace CPU \| 72 Blackwell GPUs | 1 Grace CPU \| 2 Blackwell GPU |
| NVFP4 Tensor Core[2] | 1,440 \| 720 PFLOPS | 40 \| 20 PFLOPS |
| FP8/FP6 Tensor Core[2] | 720 PFLOPS | 20 PFLOPS |
| INT8 Tensor Core[2] | 720 POPS | 20 POPS |
| FP16/BF16 Tensor Core[2] | 360 PFLOPS | 10 PFLOPS |
| TF32 Tensor Core[2] | 180 PFLOPS | 5 PFLOPS |
| FP32 | 5,760 TFLOPS | 160 TFLOPS |
| FP64 / FP64 Tensor Core | 2,880 TFLOPS | 80 TFLOPS |
| GPU Memory \| Bandwidth | 13.4 TB HBM3E \| 576 TB/s | 372 GB HBM3E \| 16 TB/s |
| NVLink Bandwidth | 130 TB/s | 3.6 TB/s |
| CPU Core Count | 2,592 Arm® Neoverse V2 cores | 72 Arm Neoverse V2 cores |
| CPU Memory \| Bandwidth | 17 TB LPDDR5X \| 14 TB/s | Up to 480 GB LPDDR5X \| Up to 512 GB/s |

Source: https://www.nvidia.com/en-us/data-center/gb200-nvl72/

The CoreWeave GB300 NVL72 is a rack-scale, liquid-cooled platform that unifies 72 Nvidia Blackwell Ultra GPUs, 36 Arm-based Nvidia Grace CPUs, and 36 NVIDIA BlueField-3 DPUs into a single platform. The deployment is "tightly integrated with CoreWeave's cloud-native software stack, including CoreWeave Kubernetes Service (CKS) and Slurm on Kubernetes (SUNK)," CoreWeave said in a release.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://www.networkworld.com/article/4017154/coreweave-achieves-a-first-with-nvidia-gb300-nvl72-deployment.html |

Specifications

# NVIDIA GB300 NVL72[1]

| Configuration | 72 NVIDIA Blackwell Ultra GPUs, 36 NVIDIA Grace CPUs |
|---|---|
| NVLink Bandwidth | 130 TB/s |
| Fast Memory | 37 TB |
| GPU Memory \| Bandwidth | 20 TB \| Up to 576 TB/s |
| CPU Memory \| Bandwidth | 17 TB LPDDR5X \| 14 TB/s |
| CPU Core Count | 2,592 Arm Neoverse V2 cores |

Source: https://www.nvidia.com/en-us/data-center/gb300-nvl72/

## 2. Cryptographic extension support in the Neoverse™ V2 core

The Neoverse™ V2 core supports the optional Armv8.0-A and Arm®v8.2-A Cryptographic Extension.

The Armv8.0-A Cryptographic Extension adds A64 instructions to Advanced SIMD that accelerate *Advanced Encryption Standard* (AES) encryption and decryption. It also adds instructions to implement the *Secure Hash Algorithm* (SHA) functions SHA-1, SHA-224, and SHA-256.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: https://documentation-service.arm.com/static/633fe1f84c59b30b517730e2  Source: https://developer.nvidia.com/doca-2-9-3-core-update-download-archive?deployment_platform=BlueField&deployment_package=BF-BMC <br><br> For example, Nvidia BlueField-3 BMC[3] firmware contains various files (e.g., libcrypto.so.3, libcrypto.so.2.0, libssl.so.3, etc.) related to its crypto/security modules. libcrypto.so.3 file discloses relevant functions related to the implementation of SHA256. In libcrypto.so.3, function FUN_00254280() invokes FUN_00263a78() to compute a hash. Function FUN_00263a78() invokes SHA256_Init() to perform initial setup of the internal state, including setting the initial hash values (A–H). Function FUN_00263a78() invokes SHA256_Transform() to perform the blocks formation from the input and calls the FUN_001c61a0() function for SHA256 hash calculations. Function FUN_001c61a0() is a function used for executing SHA-256 hashing and updating iterations. <br><br> Function FUN_001c61a0() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction. Similarly, Arm A-profile A64 Instruction Set executed by Arm |

[3] For purposes of this complaint, BlueField-3 BMC is representative of other NVIDIA DPU models and variations (e.g., BlueField-2 DPUs, BlueField-3 DPUs, BlueField-4 DPUs, etc.), as they utilize similar firmware files and corresponding functionality. Similarly, Nvidia GB200 NVL72 and GB300 NVL72 are representative of other NVIDIA GPU models and variations (e.g., B200, HGX H200, HGX H100, A100, RTX Pro 6000 Blackwell Server Edition, L40S, L40, GH200, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Neoverse V2 cores in Nvidia GB200 NVL72 and GB300 NVL72 include sha256h.32 and sha256h2.32, which perform the same function.<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre], *supra*. |
| **1[a].** categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations; | The Accused Instrumentalities categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations.<br>For example, the Accused Instrumentalities execute ARM instructions included in their corresponding firmware to categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations, as shown below.  *See*, *e.g.*: |

### Firmware List

| | BTC/BCH/BSV SHA256 ⌄ | | ANTMINER S19 Pro ⌄ |
|---|---|---|---|

Firmware

| FileName | FileSize | Description | Publish Date | Action |
|---|---|---|---|---|
| Antminer-S19-Pro-merge-release-20221226124238.bmu | 68.82MB | MD5:91cbf6f4a55698dba075a3a76748a07c<br>S19 Pro merged firmware<br>Updates:<br>1. Support S19 Pro low power mode.<br>Please make sure the miner type and firmware type are the same before upgrading the miner firmware. | 2022-12-29 | ⭳ Download<br>⤶ Share |

Source: https://service.bitmain.com/support/download

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-------------------------------------|
|  | For example, Antminer S19 Pro firmware code includes a function **FUN_00161f20( )**, which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., **sha256h.32** and **sha256h2.32**).<br><br>```
00161f20 08 30 4f e2    adr        r3,FUN_00161f20
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0
    b          LAB_00163930
                    ...
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0:
    b          LAB_00163930
                    ...


vadd.i32    q12,q12,q8
sha256su...  q8,q9
vmov        q2,q0
sha256h....  q0,q1,q12
sha256h2...  q1,q2,q12
sha256su...  q8,q10,q11
vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
vadd.i32    q13,q13,q9
sha256su...  q9,q10
vmov        q2,q0
sha256h....  q0,q1,q13
sha256h2...  q1,q2,q13
sha256su...  q9,q11,q8
vld1.32    {d26,d27},[r3]=>DAT_00161e30!
```<br><br>Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
|  | |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                              ...
76      pauVar10 = param_2 + param_3 * 4;
77      do {
78        auVar38 = *param_2;
                              ...
82        param_2 = param_2 + 4;

87        auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88        auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89        auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90        auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91        auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92        auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93        auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94        auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95        auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96        auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                              ...
157       auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158       auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

161     } while (param_2 != pauVar10);

166     return;
167   }
```

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>For example, the function FUN_00161f20( ) in Antminer S19 Pro firmware **categorizes** and **unrolls SHA256 secure hash algorithm iterations into multiple pairs of SHA256h and SHA256h2 instructions**.  SHA256hash (sha256h2.32) is categorized with **a flag (0) ("even")** and sha256h.32 is categorized **with a flag (1) (e.g., "odd")**, as illustrated below. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

```
5  void FUN_00161f20(undefined1..(*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {

76      pauVar10 = param_2 + param_3 * 4;
77      do {
78          auVar38 = *param_2;
                            ...
                            ...
87          auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88          auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89          auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
                            ...
90          auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91          auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92          auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93          auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94          auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95          auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96          auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                            ...
157         auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158         auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

161     } while (param_2 != pauVar10);
166     return;
167 }
```

Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, *e.g.*:

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br><br>Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br><br>Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."<br><br>Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br><br>Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br><br>Source: Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br><br>Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations.  *See*, *e.g.*:<br><br>Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1]<br><br>"In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand."<br><br>"We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").

In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)

**Currently our HPC business is highly dependent on a single customer.**

One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)

**Developments During 2024**

*CoreWeave HPC Hosting Agreements*

On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its

HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46)<br><br>**17. SUBSEQUENT EVENT**<br>On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)<br><br>For example, Nvidia BlueField-3 BMC firmware code includes a function **FUN_001c61a0( )**, which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., **sha256h.32** and **sha256h2.32**). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
                        FUN_001c61a0

001c61a0 08 30 4f e2    adr       r3,FUN_001c61a0

                ...

02 23 81 e0    add       param_3,param_2,param_3, lsl #0x6

0d 02 61 f4    vld1.8    {d16,d17,d18,d19},[param_2]!
0d 42 61 f4    vld1.8    {d20,d21,d22,d23},[param_2]!

                ...

vadd.i32    q12,q12,q8
sha256su... q8,q9
vmov        q2,q0
sha256h.... q0,q1,q12
sha256h2... q1,q2,q12
sha256su... q8,q10,q11
vld1.32     {d24,d25},[r3]=>DAT_001c60a0!

                ...

vmov        q2,q0
sha256h.... q0,q1,q13
sha256h2... q1,q2,q13
sha256su... q9,q11,q8
vld1.32     {d26,d27},[r3]=>DAT_001c60b0!

                ...

vmov        q2,q0
sha256h.... q0,q1,q13
sha256h2... q1,q2,q13
vadd.i32    q0,q0,q14
vadd.i32    q1,q1,q15

                ...

bne         LAB_001c7bb0
vst1.32     {d0,d1,d2,d3},[param_1]
bx          lr
``` |

35

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | 

Source: libcrypto.so.3

For example, function **FUN_001c61a0()** unrolls SHA256 secure hash algorithm iterations into  multiple pairs of SHA256h and SHA256h2 instructions. SHA256hash (sha256h2.32) is categorized with a flag (0) ("even") and sha256h.32 is categorized with a flag (1) ("odd"), as illustrated below. Similarly, Arm A-profile A64 Instruction Set executed by Arm Neoverse V2 cores in Nvidia GB200 NVL72 and GB300 NVL72 include sha256h.32 and sha256h2.32, which perform the same function. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
5 void FUN_001c61a0(undefined1 *param_1) [16],undefined1 *param_2) [16],int param_3)
6
                            ...
76        pauVar10 = param_2 + param_3 * 4;
77    do {
78        auVar38 = *param_2;
                            ...
87  auVar40 = VectorAdd(_DAT_001c6080,auVar38,4);
88  auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89  auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90  auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91  auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92  auVar45 = VectorAdd(_DAT_001c6090,auVar42,4);
93  auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94  auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95  auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96  auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                            ...
157        auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158        auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
161    } while (param_2 != pauVar10);
                            ...
166    return;
167 }
```

Source: libcrypto.so.3

Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre]-1[a], *supra*. |
| **1[b].** reversing a sequence of | The Accused Instrumentalities reverse a sequence of computations in the even iterations to those in the odd iterations. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| computations in the even iterations to those in the odd iterations, | For example, within each pair of SHA256hash calls in Antminer S19 Pro firmware code, the order of the input arguments is reversed.  In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. *See, e.g.*:<br><br>```<br>00161f20 08 30 4f e2    adr      r3,FUN_00161f20<br><br>                    ...<br><br>vadd.i32    q12,q12,q8<br>sha256su...  q8,q9<br>vmov        q2,q0<br>sha256h....  q0,q1,q12<br>sha256h2...  q1,q2,q12<br>sha256su...  q8,q10,q11<br>vld1.32     {d24,d25},[r3]=>DAT_00161e20!<br>                    ...<br>vadd.i32    q13,q13,q9<br>sha256su...  q9,q10<br>vmov        q2,q0<br>sha256h....  q0,q1,q13<br>sha256h2...  q1,q2,q13<br>sha256su...  q9,q11,q8<br>vld1.32     {d26,d27},[r3]=>DAT_00161e30!<br>``` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
5 void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7 {
                          ...
87        auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88        auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89        auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90        auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91        auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92        auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93        auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94        auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95        auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96        auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);

                          ...
166       return;
167  }
```

Source: libcrypto.so.1.1

## Operation

```
AArch64.CheckFPAdvSIMDEnabled();


constant boolean part1 = TRUE;

V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en

Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See, e.g.*:

> "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."

Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf

> "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."

Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s." <br><br> Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors. corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br><br> Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors. corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." <br><br> Source:  Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors. corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that reverse a sequence of computations in the even iterations to those in the odd iterations.  *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1] <br><br> "In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand." <br><br> "We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added. <br><br> Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

43

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").

In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)

*Currently our HPC business is highly dependent on a single customer.*

One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)

**Developments During 2024**

*CoreWeave HPC Hosting Agreements*

On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its

HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46) |

**17. SUBSEQUENT EVENT**

On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)

For example, within each pair of SHA256hash calls in Nvidia BlueField-3 BMC firmware code, the order of the input arguments is reversed. In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. Similarly, Arm A-profile A64 Instruction Set executed by Arm Neoverse V2 cores in Nvidia GB200 NVL72 and GB300 NVL72 include sha256h.32 and sha256h2.32, which perform the same function. *See*, *e.g.*:



| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
5  void FUN_001c61a0(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3
6
                                  ...
87  auVar40 = VectorAdd(_DAT_001c6080,auVar38,4);
88  auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89  auVar38 = SHA256hash(auVar38,auVar37,auVar40,1);
90  auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91  auVar41 = SHA256ScheduleUpdate1(auVar39,auVar38,auVar44);
92  auVar45 = VectorAdd(_DAT_001c6090,auVar42,4);
93  auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94  auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95  auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96  auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                  ...
166      return;
167  }
``` Source: libcrypto.so.3<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre]-1[b], *supra*. |
| **1[c].** said reversing resulting in an average number of words that need to be loaded into the registers per iteration | The Accused Instrumentalities perform a method wherein said reversing results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm.<br><br>For example, the original SHA-256 (SHA-2) algorithm, published by NIST (see e.g., https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average numbers of words loaded into the registers are 8 in the original/classical secure hash algorithm. However, in Antminer S19 Pro firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| being reduced by at least one-half compared to the original secure hash algorithm; and | In one example, Antminer S19 Pro's firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2.<br><br>ARM instructions (SHA256H and SHA256H2) require loading only four words (A–D) into the q2 register. Therefore, per iteration Core Scientific's Antminer S19 Pro's firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers.<br><br><br><br>Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>https://developer.arm.com/documentation/107829/0201/Assembly-language-basics/Loading-data-into-registers<br><br>Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, *e.g.*:<br><br>"Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."<br><br>Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."<br><br>Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>"As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."<br><br>Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise." <br><br> Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards." <br><br> Source:  Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf <br><br> Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that reverse a sequence of computations in the even iterations to those in the odd iterations.  *See*, *e.g.*: <br><br> Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1] |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | "In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand."<br><br>"We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added.<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").<br><br>In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.<br><br>These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)<br><br>*Currently our HPC business is highly dependent on a single customer.*<br><br>One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)<br><br>**Developments During 2024**<br><br>*CoreWeave HPC Hosting Agreements*<br><br>On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its<br><br>HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46) |

**17. SUBSEQUENT EVENT**

On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)

For example, the original SHA-256 (SHA-2) algorithm, published by NIST (See e.g., https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average numbers of words loaded into the registers are 8 in the original/classical secure hash algorithm.  However, in NVIDIA's BlueField-3 BMC firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below.

In one example, in NVIDIA's BlueField-3 BMC firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2. Similarly, Arm A-profile A64 Instruction Set executed by Arm Neoverse V2 cores in Nvidia GB200 NVL72 and GB300 NVL72 include **sha256h.32** and **sha256h2.32**, which perform the same function.

ARM instructions (SHA256H and SHA256H2) require loading only four words (A–D) into the q2 register. Therefore, per iteration Core Scientific's BlueField-3 BMC firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: libcrypto.so. 3<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre]-1[c], *supra*. |

Loading data into registers

All data must be in a register before it an Arm assembly instruction can operate on it.

We can also move data around from one register to another to perform different operations. The mov instruction copies data from one register to another, as follows:

Finally, we can also load registers with literal values. The following instruction loads register x2 with the integer value 7:

```
mov  x3, x0
```

```
mov  x2, #7
```

https://developer.arm.com/documentation/107829/0201/Assembly-language-basics/Loading-data-into-registers

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[d].** combining an even iteration and an odd iteration to provide a new iteration of a loop. | The Accused Instrumentalities combine an even iteration and an odd iteration to provide a new iteration of a loop.<br><br>For example, in the Accused Instrumentalities, Antminer S19 pro firmware combines an even iteration and an odd iteration to provide a new iteration of a loop.  *See, e.g.*:<br><br>Function **FUN_00161f20( )** operates with multiple pairs of **SHA256h** and **SHA256h2** iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a **paired iteration** (e.g., "a new iteration of a loop").<br><br>`00161f20  08 30 4f e2     adr       r3,FUN_00161f20`<br><br>`                   ...`<br><br>`  vadd.i32    q12,q12,q8`<br>`  sha256su… q8,q9`<br>`  vmov        q2,q0`<br>`  sha256h.… q0,q1,q12`<br>`  sha256h2… q1,q2,q12`<br>`  sha256su… q8,q10,q11`<br>`  vld1.32     {d24,d25},[r3]=>DAT_00161e20!`<br>`                   ...`<br>`  vadd.i32    q13,q13,q9`<br>`  sha256su… q9,q10`<br>`  vmov        q2,q0`<br>`  sha256h.… q0,q1,q13`<br>`  sha256h2… q1,q2,q13`<br>`  sha256su… q9,q11,q8`<br>`  vld1.32     {d26,d27},[r3]=>DAT_00161e30!` |

55

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
|  | |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                        ...
87        auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88        auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89        auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90        auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91        auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92        auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93        auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94        auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95        auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96        auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);

166        return;
167  }
```
...

Source: libcrypto.so.1.1

```
Operation

AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en

Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See*, *e.g.*:

> "Our Digital Asset Hosted Mining operation segment provides a full suite of services to our digital asset mining customers. We provide deployment, monitoring, troubleshooting, optimization and maintenance of our customers' digital asset mining equipment and provide necessary electrical power, repair and other infrastructure services necessary for our customers to operate, maintain and efficiently mine digital assets."

Source: Core Scientific, Inc. Form 10-K, at 7, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf

> "The Company performs hosting services that enable customers to run blockchain and other high-performance computing operations."

Source: Core Scientific, Inc. Form 10-K, at 90, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "As of December 31, 2024, [Core Scientific] had deployed … approximately 7,100 hosted miners, which represented … 1.0 EH/s."<br><br>Source: Core Scientific, Inc. Form 10-K, at 8, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>    "Our hosting activities compete with a large number of other hosting operations. Our success in our hosting operations depends on our ability to supply hosting space and power, our performance with respect to installation, operation and repair of customer equipment, our ability to obtain replacement parts, the value of our service offering to our customers and the availability of mining equipment. To compete effectively as a hosting provider, we continue to market our services effectively to large-scale miners that value our ability to host at scale and who are willing to pay a premium hosting fee for our high up-time and operational expertise."<br><br>Source: Core Scientific, Inc. Form 10-K, at 9, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>    "We own and host specialized computers ('miners') configured for the purpose of validating transactions on multiple digital asset network blockchains (referred to as, 'mining'), predominantly the Bitcoin network. Substantially all of the miners we own and host were manufactured by Bitmain Technologies Limited ('Bitmain') and incorporate application-specific integrated circuit ('ASIC') chips specialized to solve blocks on the bitcoin blockchains using the 256-bit secure hashing algorithm ('SHA256') in return for bitcoin digital asset rewards."<br><br>Source:  Core Scientific, Inc. Form 10-K, at 48, filed Feb. 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf<br><br>Core Scientific also hosts HPC devices, such as NVIDIA DPUs and GPUs, that reverse a sequence of computations in the even iterations to those in the odd iterations.  *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Site modifications associated with the latest option exercise are expected to begin in the second half of 2025, with operational status anticipated in the second half of 2026. This new 12-year HPC hosting contract will further expand Core Scientific's exposure to contracted, multi-year, dollar-denominated revenue. The new contract with CoreWeave is expected to add approximately $2.0 billion in projected additional cumulative revenue over the hosting contract's 12-year term to the $6.7 billion in projected cumulative revenue associated with previously announced contracts with CoreWeave, for a total of $8.7 billion.[1]<br><br>"In May, we communicated our plans to contract approximately 500 megawatts of critical IT load to host high-performance computing. With today's announcement, we have delivered on that commitment," said Adam Sullivan, Core Scientific's Chief Executive Officer. "There is significant demand for infrastructure to support next generation compute workloads. Our contracts with CoreWeave represent the foundation for Core Scientific's evolution into a leading data center business ideally positioned to meet that demand."<br><br>"We are now working to expand power allocations at some of our existing data centers to increase our capacity for HPC hosting while also continuing to evaluate new sites in our pipeline to expand our business opportunity. We are at the beginning of an exciting time for Core Scientific, and our focus remains squarely on growing our business and delivering increasing value to clients and shareholders," Mr. Sullivan added.<br><br>Source: https://investors.corescientific.com/news-events/press-releases/detail/95/core-scientific-announces-exercise-of-final-contract-option-by-coreweave-for-delivery-of-approximately-120-mw-of-additional-digital-infrastructure-to-host-high-performance-computing-operations |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Infrastructure Services: Delivering bleeding-edge compute, networking, and storage infrastructure**<br><br>Our platform is powered by our foundational Infrastructure Services, which utilize our proprietary software and a combination of high-performance GPUs, CPUs, DPUs, storage, and networking equipment, all calibrated to deliver the performance at scale required to power AI workloads.<br><br>• Compute. Our compute is delivered through combinations of GPU and CPU nodes interconnected with state-of-the-art, high-performance networking technology such as NVIDIA InfiniBand and optimized through DPUs in a high throughput network topology that provides extensive scalability for AI workloads. GPU nodes are the primary engines for AI compute and are supported by the latest generation of CPUs, memory, PCI-Express data interconnects, NVMe SSDs, and DPUs. These components help to extract maximum performance out of GPUs and also offload non-core tasks. We continuously monitor the health and performance of GPU and CPU nodes to ensure improved resilience and rapid recovery.<br><br>• GPU Compute. We provide our customers with access to a vast portfolio of high-performance GPUs that are purpose-built for AI. This includes Blackwell chips, such as the NVIDIA GB200 that we were the first to market with at production scale, Hopper chips, and more. Our H100 architecture enabled us to break the MLPerf record in 2023, delivering training speeds 29 times faster than competitors at greater scale. And recently, we delivered another best-performing submission with the largest-ever MLPerf Training v5.0 submission on NVIDIA Blackwell, using 2,496 NVIDIA Blackwell GPUs running on CoreWeave's AI-optimized cloud platform. We were among the first to deliver NVIDIA H100, H200, GH200 clusters and the first to deliver GB200 clusters into production at scale and launch instances based on RTX Pro 6000. We now have one of the widest Blackwell portfolios available, including B200, and we were the first cloud provider with an initial deployment of NVIDIA GB300 NVL72-based systems.<br><br>• CPU Compute. We offer versatile CPU instances to support AI workloads. Our infrastructure utilizes some of the industry's highest performing and latest CPUs instead of prior generation technology that can degrade GPU performance and utility. Our CPUs complement our GPUs by performing tasks, including data pre-processing, control plane functions, and workload orchestration, which frees GPUs to focus on compute intensive tasks.<br><br>• DPUs. DPUs optimize compute for AI workloads by offloading networking, security, and storage management tasks from GPUs and CPUs. They are a critical enabling component for increasing overall efficiency and performance.<br><br>• Nimbus. Nimbus is our control and data-plane software running on our DPUs inside Bare Metal instances, performing the typical role of a hypervisor in enabling security, flexibility and performance. Nimbus-enabled DPUs remove the need for a virtualization layer and give customers the flexibility to run directly on our servers without a hypervisor, enabling greater compute performance. Nimbus also provides security through the isolation of customer models and data encryption, while enabling them to set up Virtual Private Cloud environments.<br><br>• Networking. Our networking architecture is highly specialized and uniquely designed to meet the complex needs of AI use cases. It includes our high-performance InfiniBand based cluster networking, our data center network fabric which connects our GPU and CPU nodes to our control plane via DPUs for efficient offloading of certain processing tasks, our VPC networking framework, as well as our Direct Connect offering which provides enterprise-grade networking and supports multi-cloud deployments. The ultra-fast connection and superior throughput enabled by our networking architecture ensures faster training and inference times for our customers.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001140361-25-036346/ny20053622x1_defm14a.htm at 107. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

Core Scientific, Inc. ("we," "us," "our," the "Company," "Core Scientific," or "Core") is a leader in designing, building and operating digital infrastructure for high-performance computing. Since our inception in 2018, we have been a premier provider and operator of dedicated, purpose-built facilities and software solutions for digital asset mining for ourselves and our third-party customers. We believe that opportunities for growth exist in various applications of our data centers for third-party customers focused on cloud computing as well as machine learning and artificial intelligence, and in March 2024, we announced the provision of digital infrastructure colocation services to a third party engaged in high-performance computing ("HPC").

In May 2024, we expanded our relationship with CoreWeave, Inc. ("CoreWeave") the artificial intelligence ("AI") hyperscaler, to provide approximately 200 megawatts ("MW") of digital infrastructure to host CoreWeave's HPC operations and provided CoreWeave options with respect to the Company's existing facilities to provide approximately 500 MW of digital infrastructure on similar terms. In June and August 2024, the Company announced CoreWeave's execution of options to secure an additional 70 MW and 112 MW, respectively, of infrastructure to host its HPC operations. In October 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

These new agreements leverage the Company's existing digital infrastructure and expertise in third-party hosting solutions. We believe that using our existing infrastructure for HPC hosting operations will provide more consistent dollar-based revenue and represents substantially less risk than our traditional digital asset self-mining or our digital asset hosted mining operations. As a result, we intend to focus our business development and marketing efforts on expanding our HPC hosting customer base. As a result, we initiated a significant strategic transition from bitcoin mining to hosting and colocation services for customers employing hosting services for HPC workloads such as artificial intelligence-related applications.

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 4)

*Currently our HPC business is highly dependent on a single customer.*

One customer, CoreWeave, currently accounts for 100% of our HPC Hosting segment revenue. Our success in the HPC Hosting segment is highly dependent on the success of CoreWeave and the fulfillment by it of its obligations under our existing contractual arrangements. Any failure to meet CoreWeave's expectations, including, but not limited to, failure to fulfill our contractual

Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 14)

**Developments During 2024**

*CoreWeave HPC Hosting Agreements*

On February 29, 2024, the Company entered into a long-term contract with CoreWeave, Inc. ("CoreWeave") to deliver 16 MW of infrastructure at the Company's Austin, Texas facility. Following the commencement of operations in the Austin, Texas facility, on June 3, 2024, the Company entered into a series of long-term contracts with CoreWeave to deliver approximately 200 MW of infrastructure to host CoreWeave's HPC operations, which will require the Company to modify multiple existing sites. The site modifications commenced in the second half of fiscal 2024 and operational status is expected to begin in the first half of fiscal 2025. On June 25, 2024, the Company announced CoreWeave's execution of an option to secure an additional 70 MW of infrastructure to host its HPC operations. Operational status for the additional 70 MW is expected in the second half of 2025. Further, on August 6, 2024, the Company announced that CoreWeave had executed an option to secure an additional 112 MW of infrastructure to host its

HPC operations. On October 22, 2024, the Company announced that CoreWeave had exercised its final option for an additional 120 MW of infrastructure.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (pp. 45-46)<br><br>**17. SUBSEQUENT EVENT**<br>On February 26, 2025, the Company announced a new agreement with CoreWeave to deliver an additional 70 MW of infrastructure at the Company's Denton, Texas facility. Under the terms of this agreement, the Company is contractually committed to approximately $104 million in capital expenditures.<br><br>Source: https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/0001628280-25-008302.pdf (p. 137)<br><br>For example, in NVIDIA's BlueField-3 BMC firmware, function **FUN_001c61a0( )** operates with multiple pairs of **SHA256h** and **SHA256h2** iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a **paired iteration** (e.g., "a new iteration of a loop"). Similarly, Arm A-profile A64 Instruction Set executed by Arm Neoverse V2 cores in Nvidia GB200 NVL72 and GB300 NVL72 include **sha256h.32** and **sha256h2.32,** which perform the same function.<br><br> |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | <br>```<br>5 void FUN_001c61a0(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)<br>6<br>```<br>...<br>```<br>87  auVar40 = VectorAdd(_DAT_001c6080,auVar38,4);<br>88  auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);<br>89  auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);<br>90  auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);<br>91  auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);<br>92  auVar45 = VectorAdd(_DAT_001c6090,auVar42,4);<br>93  auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);<br>94  auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);<br>95  auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);<br>96  auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);<br>```<br>...<br>```<br>166      return;<br>167  }<br>```<br>Source: libcrypto.so.3<br><br>Additionally, Core Scientific induces and/or contributes to the performance of this element by its customers, for example, by deploying and operating, for its customers, HPC devices, such as NVIDIA DPUs and GPUs, that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* 1[pre]-1[d], *supra*. |