IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Core Scientific, Inc.<br><br>Defendant. | § § § § § § § § § § § § |  Case No. 2:25-CV-519-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Plaintiffs' Opposed Motion for Leave to Amend Complaint and Infringement Contentions. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, **GRANTED**. Accordingly, Plaintiffs have leave to amend their Complaint and infringement contentions to assert U.S. Patent No. 8,712,039 against Defendant Core Scientific, Inc., and to include additional allegations of infringement under currently-asserted U.S. Patent No. 8,532,286.