IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Core Scientific, Inc. <br><br> *Defendant*. | § § § § § § § § § § § § Case No. **2:25-cv-00519-JRG-RSP** |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR CORE SCIENTIFIC TO FILE RESPONSE TO MOTION FOR LEAVE TO AMEND**

Defendant Core Scientific, Inc. ("Core Scientific") respectfully moves the Court to extend the deadline to file its Opposition to Plaintiffs' Opposed Motion for Leave to Amend Complaint and Infringement Contentions (Dkt. 51). Core Scientific requests that the current deadline be extended by five (5) days as follows:

| Event | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Core Scientific's Opposition to Plaintiffs' Opposed Motion for Leave to Amend Complaint and Infringement Contentions (Dkt. 51) | November 28, 2025 | December 3, 2025 |

Core Scientific seeks this extension in light of the Thanksgiving holiday and travel schedules of counsel. Counsel for Core Scientific has conferred with counsel for Plaintiffs concerning this request, and counsel for Plaintiffs does not oppose the requested extension. A proposed order is attached.

1

Dated: November 20, 2025

Respectfully submitted,

/s/ *Brian E. Ferguson*

Brian E. Ferguson
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5276
Email: beferguson@winston.com

Rex A. Mann
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Tel.: (214) 453-6500
Email: rmann@winston.com

Olivia A. Wogon
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002
Tel.: (713) 651-2600
Email: owogon@winston.com

Yuchen Han
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1700
Email: yhan@winston.com

**Attorneys for Core Scientific, Inc.**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on November 20, 2025 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via CM/ECF..

>  /s/ *Brian E. Ferguson*
>  Brian E. Ferguson

## CERTIFICATE OF CONFERENCE

I certify that pursuant to Local Rule CV-7(h) the parities met the meet and confer requirements and that the relief in this motion is unopposed.

>  /s/ *Brian E. Ferguson*
>  Brian E. Ferguson