IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Core Scientific, Inc. <br><br> Defendant. | Case No. 2:25-CV-519-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF BRIAN E. FERGUSON IN SUPPORT OF CORE SCIENTIFIC'S RESPONSE TO PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND INFRINGEMENT CONTENTIONS**

I, Brian E. Ferguson, provide this declaration in support of Core Scientific, Inc.'s Response to Plaintiffs' Opposed Motion for Leave to Amend Complaint and Infringement Contentions. I make this declaration based on my own knowledge and/or knowledge formed after a reasonable inquiry.

1. I am a partner in the law firm Winston & Strawn LLP and am counsel of record for Core Scientific, Inc., the defendant in this case. My business address is 1901 L Street, N.W., Washington, D.C. 20036.

2. **Exhibit A** is a true and correct copy of the U.S. Patent and Trademark Office ("USPTO") Patent Center's Assignments page for U.S. Patent No. 8,712,039.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December, 2025, in Washington, D.C.

_____
Brian E. Ferguson

1