# EXHIBIT A

**Customer Service Update:** Starting December 29, 2025 the Assignment Recordation Branch will change support hours to 9:30 a.m. – 4:30 p.m. ET, Monday – Friday (except federal holidays).

## Patent assignment search

Advanced search

Patent #

e.g., '9999999'

Search results for **"Patent #: 8712039"**

### Patent assignment abstract of title

PUBLIC VIEW

🖨 Print

**Invention title**
EFFICIENT IMPLEMENTATION OF HASH ALGORITHM ON A PROCESSOR

**Inventors**
Nevine Ebeid Maurice Nassif, Robert Lambert John

**Patent number**
8712039

**Issue date**
Apr 29, 2014

**Application number**
13440264

View in PPUBS ↗

**Filing date**
Apr 5, 2012

**Publication number**
20120257742

View in PPUBS ↗

**Publication date**
Oct 11, 2012

**PCT number**
N/A

**International number**
N/A

Viewing 1-4 of 4 total assignments

Collapse all

## Assignment 4

**Reel/ Frame**
64271/0199

**Pages**
616

**Conveyance**
NUNC PRO TUNC ASSIGNMENT

**Documents** ⓘ
View documents

**Recorded**
Jun 19, 2023

**Assignors & execution date**

BLACKBERRY LIMITED
May 11, 2023

**Assignee**

MALIKIE INNOVATIONS LIMITED
THE GLASSHOUSES GH2, 92
GEORGES STREET LOWER DUN
LAOGHAIRE
DUBLIN
IRELAND
A96 VR66

**Correspondent**
CPA GLOBAL LIMITED

LIBERATION HOUSE
CASTLE STREET
ST HELIER, JE1 1BL JERSEY

**Attorney docket number**
N/A

## Assignment 3

**Reel/ Frame**
64104/0103

**Pages**
800

**Conveyance**
ASSIGNMENT OF ASSIGNOR'S INTEREST

**Documents** ⓘ
View documents

**Recorded**
Jun 16, 2023

**Assignors & execution date**

BLACKBERRY LIMITED
May 11, 2023

**Assignee**

MALIKIE INNOVATIONS LIMITED
92 GEORGES STREET LOWER
THE GLASSHOUSES GH2
DUN LAOGHAIRE DUBLIN
IRELAND
A96 VR66

**Correspondent**
RICHARD BOTOS

430 MOUNTAIN AVE.
SUITE 401
NEW PROVIDENCE, NJ 07090

**Attorney docket number**
MALIK 9.0-003

## Assignment 2

**Reel/ Frame**
50610/0937

**Pages**
47

**Conveyance**
ASSIGNMENT OF ASSIGNOR'S INTEREST

**Documents** ⓘ
View documents

**Recorded**
Oct 2, 2019

**Assignors & execution date**

CERTICOM CORP.
Sep 30, 2019

**Assignee**

BLACKBERRY LIMITED
2200 UNIVERSITY AVENUE EAST
WATERLOO
ONTARIO, CANADA
N2K 0A7

**Correspondent**
BLACKBERRY LIMITED - KRISTA

2200 UNIVERSITY AVENUE E.
WATERLOO, ONC N2K 0A7

**Attorney docket number**
CERTICOM

## Assignment 1

**Reel/ Frame**
28294/0247

**Pages**
5

**Conveyance**

**Assignors & execution date**

EBEID, NEVINE MAURICE NASSIF
May 29, 2012

LAMBERT, ROBERT JOHN
May 29, 2012

**Correspondent**
HAMILTON & TERRILE, LLP-RIM

P.O. BOX 203518
AUSTIN, TX 78720

**Attorney docket number**

ASSIGNMENT OF ASSIGNOR'S INTEREST

**Documents** ⓘ

View documents

**Recorded**

May 31, 2012

**Assignee**

CERTICOM CORP.
4701 TAHOE BLVD
TAHOE A, 6TH FLOOR
MISSISSAUGA, ON
CANADA
L4W 0B5

41721-US-PAT

---

**This searchable database contains all recorded Patent Assignment information open to the public from August 1980 to the present.** When the USPTO receives relevant information for its assignment database, the USPTO puts the information in the record and does not verify the validity of the information. Recordation is a ministerial function, the USPTO neither makes a determination of the legality of the transaction nor the right of the submitting party to take the action. This page contains documents that have been uploaded by the public and may not be Section 508 compliant.

Trademark export data  ·  Patent export data

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                                                                 **Subscribe**

About the USPTO  ·  Search for patents  ·  Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov



UNITED STATES PATENT AND TRADEMARK OFFICE ®

Follow us