IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and §<br>Key Patent Innovations Ltd., §<br> §<br>Plaintiffs, §<br> §<br>v. §<br> §<br>Core Scientific, Inc. §<br> §<br>Defendant. § | Case No. 2:25-CV-519-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO AMEND
COMPLAINT AND INFRINGEMENT CONTENTIONS**

Before the Court is Malikie Innovations Ltd. and Key Patent Innovations Ltd.'s (collectively, "Plaintiffs") Motion for Leave to Amend Complaint and Infringement Contentions (the "Motion") (Dkt. 51). After consideration of the briefing, arguments, and authorities, Plaintiffs' Motion is **DENIED**.