**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., | § § § | |
| Plaintiffs, | § § | Case No. 2:25-CV-519-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| Core Scientific, Inc. | § § | |
| Defendant. | § § | |

<u>**DECLARATION OF PHILIP J. EKLEM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND INFRINGEMENT CONTENTIONS**</u>

I, Philip J. Eklem, provide this declaration in support of Plaintiffs' Reply in Support of Motion for Leave to Amend Complaint and Infringement Contentions.  I make this declaration based on my own knowledge and/or knowledge formed after a reasonable inquiry.

1.      I am an associate in the law firm Reichman Jorgensen Lehman & Feldberg LLP and am counsel of record for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") in this case.  My business address is 1909 K St., NW, Washington, DC 20006.

2.      Exhibit 13 hereto is a true and correct copy of the Form 10-K of Core Scientific, Inc. for the fiscal year ended December 31, 2024, filed on February 27, 2025, available at https://investors.corescientific.com/sec-filings/all-sec-filings/content/0001628280-25-008302/core-20241231.htm.  I accessed this website on December 6, 2025.

3.      Exhibit 14 hereto is a true and correct printout of a page of Defendant's website with the following URL: https://corescientific.com.  I accessed this website on December 6, 2025.

4.      Exhibit 15 hereto is a true and correct printout of a page of Defendant's website with the following URL: https://corescientific.com/solutions/high-density-data-center-

solutions/high-density-colocation/.  I accessed this website on December 6, 2025.

5.    Exhibit 16 hereto is a true and correct printout of a page of Defendant's website with the following URL: https://corescientific.com/solutions/high-density-data-center-solutions/. I accessed this website on December 6, 2025.

6.    Exhibit 17 hereto is a true and correct printout of a page of Defendant's website with the following URL: https://corescientific.com/high-density-data-centers/.  I accessed this website on December 6, 2025.

7.    Exhibit 18 hereto is a true and correct printout of a page of Defendant's website with the following URL: https://corescientific.com/solutions/complimentary-solutions/.    I accessed this website on December 6, 2025.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of December, 2025 in Zionsville, Indiana.

_____
Philip J. Eklem