# Exhibit 14



# Grow Faster With High-Density Data Centers Built to Scale

Deploy high-density workloads quickly in application specific data centers.

**Explore Growth Options**

**Discover More**

## High-Density Data Center Solutions at Scale

As AI and enterprise workloads grow, companies require partners who can deliver digital infrastructure with the



power, space, and scalability needed to support innovation.

With Core Scientific's 1,300+ MW of contracted power and rapid deployment capabilities, you get access to a data center platform built for maximum power availability and constructed for high-density computing at scale.



### Core Scientific
## High-Density Colocation

Scalable, energy-efficient data centers designed for AI and high-density workloads.

 Explore High-Density Colocation Solution

Explore All Solutions

# Fuel Rapid AI and High-Density Computing Growth Without Limits

Your AI and high-density workloads can't afford delays, inefficiencies, or downtime. Core Scientific delivers purpose-built infrastructure so you can move fast, outpace competitors, and stay ahead of AI's rapid evolution.

**Partnering with Core Scientific gives you:**

### Faster Deployment

Accelerate delivery time with ready-to-scale high-density infrastructure and pre-secured power.



✓ **Proven, Innovative Technology**

Efficiently lower total cost of operations with innovative systems designed for high-energy environments and rapid scaling.

✓ **An Elite Team of Data Center Experts**

Get industry-tenured experts for guidance throughout all stages of design, build, installation, and management.

# High-Density Colocation in 3 Steps



**STEP 1**

### Schedule a Call

Share your requirements for power, cooling, connectivity, and scalability.

Contact us today.



**STEP 2**

### Deploy Without Delays

Get a purpose-built, high-density compute environment optimized for your workloads.



**STEP 3**

### Scale Without Limits

Leverage 1.3+ GW of contracted power and enterprise-grade infrastructure for uninterrupted growth.

# Solutions by Industry

High-density colocation built for your requirements.



### AI & Machine Learning

Scalable high-density infrastructure optimized for AI model training and inference.



### Cloud

High-density data centers designed to support cloud workloads at any scale.



### Financial Service

High-speed computing solutions for real-time financial



### Government

Mission-critical high-density infrastructure for defense,

analysis and trading.

intelligence, and secure public sector applications.


### Healthcare
High-density data center solutions for medical research, imaging, and life sciences innovation.


### Hyperscalers
Enterprise-grade infrastructure built to handle massive computational demands.


### Manufacturing
Advanced computing power for simulations, prototyping, and automation.


### Media & Entertainment
Scalable high-density data centers for rendering, streaming, and content creation.


### Oil & Gas
High-density data center solutions for seismic analysis, reservoir modeling, and AI-powered predictive maintenance.


### Professional Services
Reliable, high-density infrastructure to support data-driven decision-making.

### Retail
AI-optimized infrastructure for real-time analytics, personalization, and next-gen retail experiences.

### Other Industries
High-density data center solutions built to power any workload.

# Recommended for You



March 13, 2025
- Blog

**Core Scientific Appoints New...**

Learn More


● FEATURED


February 18, 2025
● Blog
How HPC and Edge Computin...
Learn More


February 4, 2025
● Blog
The Role of GPUs in Training Models
Learn More


● Ready To Connect?

Let's Build the Future of Computing Together

↗ Talk to a Data Center Expert

CORE SCIENTIFIC

838 Walker Road, Suite 21-2105, Dover, DE 19904

512-402-5233

sales@corescientific.com

### Navigate

Data Centers

Solutions

Industries

Investor Relations

Digital Mining

Contact Us

### About Us

Mission & Vision

Community Impact

Leadership

### Resources

Blog

Newsroom

Events

Supplier Code of Conduct

© 2025 Core Scientific, Inc. All Rights Reserved.      Terms & Conditions   |   Privacy Policy