# Exhibit 15





# High-Density Colocation

Learn More



## High-Density Colocation at Scale

Artificial intelligence workloads demand data centers that deliver robust computational power, scalability, energy efficiency, and specialized infrastructure to meet intensive requirements.

With scalable solutions starting at 30 MW, gain access to GPU-optimized needed to push boundaries, accelerate breakthroughs, and maximize ROI.

# High-Density Colocation At-a-Glance

| Feature | Capability |
| --- | --- |
| Hosting Type | Single-Tenant Solutions |
| Facilities | 150,000 — 250,000 Square Feet |
| Capacity | 30 MW and Above |
| Custom Power Options | Available |
| Target Workloads | AI, Cloud Services, and More |

 Discover More

# Why Choose Core Scientific?



### Scalable AI Infrastructure

- 1.3+ GW of power capacity across U.S. locations.



### Purpose-Built for Accelerated Computing

- Design lowers cost & reduces build time.



### Expertise & Support

- AI specialists and certified engineers to guide infrastructure deployment.



- Ultra-power densities designed for NVIDIA GB200, GB300, and Rubin GPU architectures.
- Contiguous capacity 30 MW and above.
- Carrier-neutral connectivity with high-capacity fiber for low latency.

- Distributed redundant or block redundant for GPUs.
- Flexible zoned generator backup scheme.
- Designed for five-9s availability.
- Lithium-Ion UPS Systems.
- Compute density of 50 — 200+ kW per cabinet.
- Advanced direct liquid-cooling.

- 24/7 Network Operations Center (NOC) for real-time monitoring and rapid response.
- Flexible contracts tailored to enterprise AI scaling needs.
- Transparent cost structures to eliminate hidden fees or surprises.



Learn More About High-Density Colocation

# Powering AI Innovation at Scale

Unlock turnkey, AI-optimized infrastructure designed to support LLMs, deep learning, and real-time AI applications.



- **Seamless Scaling**
  Deploy AI workloads at an unprecedented scale with high-density, purpose-built infrastructure.
- **Energy Efficiency**
  Optimize energy costs by partnering with Core Scientific's Power Solutions Team.
- **Advanced Security Measures**



Ensure security and reliability with enterprise-grade SLAs, 24/7 monitoring, and multi-layered protection.

# Enjoy the Future of High-Density Computing

Core Scientific delivers advanced data center solutions architected for the most demanding AI and high-density workloads.



Rapid deployment speeds provide the critical infrastructure needed for hyperscale computing — from AI training and cloud services to advanced applications.



Through innovative design and precision-engineered construction, you get flexible, high-density environments that optimize performance, reliability, and efficiency.



# Get Started Today

Connect to explore how Core Scientific can support your AI growth.

↗ Contact Us    ↗ View All High-Density Data Centers



**CORE SCIENTIFIC**

838 Walker Road, Suite 21-2105, Dover, DE 19904

512-402-5233

sales@corescientific.com

### Navigate
Data Centers
Solutions
Industries
Investor Relations
Digital Mining
Contact Us

### About Us
Mission & Vision
Community Impact
Leadership

### Resources
Blog
Newsroom
Events
Supplier Code of Conduct

© 2025 Core Scientific, Inc. All Rights Reserved.    |    Terms & Conditions    |    Privacy Policy