# Exhibit 16






## What Is a High-Density Data Center?

High-density data centers are purpose-built to support large amounts of compute power in a compact physical footprint. They allow powerful supercomputers and clustered systems to execute complex tasks with unmatched speed and efficiency, enabling rapid data analysis, advanced simulations, and large-scale optimization.

As demand for high-density workloads accelerates, Core Scientific provides data center solutions engineered for high-power capacity, advanced cooling, and seamless scalability.

### Core Scientific
## High-Density Colocation

Scalable, energy-efficient data centers designed for AI and high-density workloads.

↗ Explore High-Density Colocation Solution



## High-Density Data



# Center Services

Future-proof your enterprise AI and high-density computing operations with world-class data center services.

- Turnkey Rack and GPU Hardware Installation
- Managed Power Services
- Network Planning and Delivery
- Real-Time Monitoring
- 24/7 On-site Maintenance and Operations
- 24/7 Security Operations

**Explore Our Data Centers**

# Strategic Site Selection

Secure high-performance locations optimized for your success.


### Scalable Power Infrastructure
Source sites with scalable, high-density power infrastructure.


### Optimized Cooling Conditions
Identify locations with the right environmental conditions for advanced cooling solutions.


### High Speed, Low Latency
Secure sites with access to high-speed, low-latency networking to support AI and high-density workloads.

## Unmatched Power Expertise

Trust Core Scientific to quickly source and manage your power so that you don't have to.



### Expert Power Solutions Team

Leverage deep expertise in forecasting, retail and wholesale energy markets, power agreements, and risk management.



### Tailored Solutions

Secure custom power purchase agreements, economic incentives, tax strategies, and bill auditing to minimize costs.



### Optimized Power Contracts

Benefit from strategic energy partnerships designed to secure favorable terms for your operations.



## Accelerate Your AI and High-Density Workloads

Unlock scalable, high-performance infrastructure designed for security, efficiency, and long-term growth.

Contact a Data Center Expert Today

