# Exhibit 17



# High-Density Data Centers

With a growing footprint in key markets, Core Scientific has the power, space, and efficiency to host your high-density AI and enterprise workloads.

Contact Us

High-Density Data Centers | Data Center Locations | Core Scientific

# High-Density Colocation at Scale

**1,300+ MW** of current power capacity across U.S. data centers

**50-200+ kW** per rack available for AI and high-density workloads

**$10+ Billion** in secured AI and high-density colocation contracts

**$7.2+ Billion** fully diluted market cap
As of 12/12/2024

# Strategically Positioned High-Density Data Centers

With a nationwide footprint and purpose-built infrastructure, Core Scientific delivers reliable high-density colocation in key markets across the U.S.



Case 2:25-cv-00519-JRG-RSP    Document 57-6    Filed 12/09/25    Page 5 of 7 PageID #: 2305

Let Core Scientific help you find and evaluate the perfect location for your needs.

 **Contact Site Selection Expert**

# Advanced Solutions for High-Density Data Centers

Fast-track your time to power with high-density data center solutions engineered for rapid deployment,
maximum efficiency, and scaling as your business grows.



### Specialized Power Solutions Team

Leverage key partnerships with local utilities to secure and deliver optimized power, ensuring cost-effective and scalable high-density data center solutions.



### Expert Data Center Site Selection

Partner with our site selection experts to identify and evaluate optimal locations for your high-density data center.



### Custom Power Redundancies

Experience ultimate flexibility with tailored redundancies to the rack level to match your application needs.



### Campus, Module, Cell, or Pod Solutions Available

Secure buildings, data halls, or cabinets for IT footprints needing right-sized solutions for maximum flexibility.



### Scalable, Build-to-Suit Deployments

Let a team of experts quickly design and deploy



### Optimized Cooling at Scale

Cool your high-density workloads with advanced



### 24/7 Monitoring

Stay protected with 24/7 monitoring and on-call experts ensuring



### Complete Transparency and Flexibility

Avoid surprises with transparent communication

Case 2:25-cv-00519-JRG-RSP    Document 57-6    Filed 12/09/25    Page 6 of 7 PageID #: 2306

your high-density
data center.

cooling solutions
to boost
performance.

maximum security
and uptime.

and flexible
contracts that
scale with you.

 **Explore High-Density Data Center Solutions**



# Ready to Speed Up Your GPU Deployment?

Contact Us

## CORE SCIENTIFIC

838 Walker Road, Suite 21-2105, Dover, DE 19904

512-402-5233

sales@corescientific.com

Navigate          About Us          Resources



© 2025 Core Scientific, Inc. All Rights Reserved.         Terms & Conditions    |    Privacy Policy