# Exhibit 18



# Complimentary Solutions:
# Remote Hands

Receive expert support, ensuring seamless operations, and peak infrastructure performance.

## Why Core Scientific?

Get expert on-site support for maintenance, troubleshooting, and equipment management — so

you can focus on innovation while Core Scientific handles the technical heavy lifting.

**Minimize Downtime**
Get rapid response from skilled technicians.

**Reduce Travel Cost**
Eliminate your IT team's need to travel to different data center locations — Core Scientific handles hands-on tasks for you.

**Maximize Operational Efficiency**
Focus on your strategy while Core Scientific manages critical operations.

**24/7 Uninterrupted Support**
Keep your operations running at maximum performance with round-the-clock expertise.

# Remote Hands Services Built for You

Ensure uptime and efficiency with expert remote hands support, tailored to your operation's unique demands. Examples of potential services include:


### Hardware Installation and Maintenance
Seamless hardware deployments, upgrades, and maintenance.


### Secure Media Handling
Safe insertion, removal, and transportation of backup tapes, hard drives, and other sensitive media.


### Cabling and Connectivity Management
Expert cable management, patch panel installation/maintenance, and troubleshooting.


### Real-Time Monitoring and Reporting
Proactive monitoring to prevent issues before they become issues.


### Technicians On-Site 24/7
Data center experts available 24/7 to respond immediately.



**Power Cycling**

Timely server and network device rebooting to restore operations quickly.



Learn More



**Rack and Stack**

Strategic hardware deployment to optimize airflow, performance, and security.



# Ready to Simplify Your High-Density Data Center Operations?

Contact a Data Center Expert

**CORE SCIENTIFIC**

838 Walker Road, Suite 21-2105, Dover, DE 19904

512-402-5233

sales@corescientific.com

Navigate                       About Us                       Resources

