## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd., | § § § | |
| Plaintiffs, | § § | Case No. 2:25-CV-519-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| Core Scientific, Inc. | § § | |
| Defendant. | § § | |

## CORE SCIENTIFIC'S NOTICE OF ADDITIONAL FACTS
## REGARDING ITS MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.S.C. § 1404(a)

Defendant Core Scientific, Inc. submits this notice to inform the Court of additional facts that arose after the briefing regarding its Motion to Transfer Venue under 28 U.S.C. § 1404(a) (Dkt. 23). On December 12, 2025, Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Plaintiffs") filed another, related patent infringement lawsuit in the Western District of Texas. *See Malikie Innovations Ltd. v. Foundry Digital LLC*, Case No. 7:25-cv-00567-DC, Dkt. 1 (W.D. Tex. Dec. 12, 2025) (Exhibit A). There, Plaintiffs accuse Defendants Foundry Digital LLC ("Foundry"); Fortitude Mining, LLC ("Fortitude"); Riot Platforms, Inc. ("Riot"); and Cipher Mining Inc. ("Cipher")—all bitcoin mining companies—of infringing U.S. Patent Nos. 8,788,827 (the "'827 Patent"); 8,806,197 (the "'197 Patent"); 8,666,062 (the '062 Patent); 8,532,286 (the "'286 Patent"); and 8,712,039 (the "'039 Patent"). *Id.* at ¶¶ 8–9.[1] Three of these patents—the '827 Patent, the '062 Patent, and the '286 Patent—overlap with those currently asserted in this case and the pending MARA Holdings case.  *See* Dkt. 1 ¶¶ 5–6. Plaintiffs have also sought leave to amend the complaint to add the '039 Patent to this case. *See* Dkt. 51.

---

[1] The case has been assigned to Judge David Counts, who is also overseeing the pending case Plaintiffs filed against MARA Holdings. *See* Dkt. 23 at 1–2.

Dated: January 20, 2026

Respectfully submitted,

/s/ *Rex A. Mann*

Brian E. Ferguson
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5276
Email: beferguson@winston.com

Rex A. Mann
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Tel.: (214) 453-6500
Email: rmann@winston.com

Olivia A. Wogon
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002
Tel.: (713) 651-2600
Email: owogon@winston.com

Yuchen Han
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1700
Email: yhan@winston.com

*Attorneys for Core Scientific, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record, who are deemed to have consented to electronic service, on January 20, 2026, via electronic filing using the Court's CM/ECF system.

*/s/ Rex A. Mann*
Rex A. Mann