IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>   Plaintiffs,<br><br> v.<br><br>Core Scientific, Inc.<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-CV-519-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' OPPOSED MOTION FOR A HEARING ON THEIR MOTION FOR LEAVE TO AMEND COMPLAINT AND INFRINGEMENT CONTENTIONS**

  Plaintiffs Malikie Innovations Ltd. ("Malikie") and Key Patent Innovations Ltd. ("KPI") (collectively, "Plaintiffs"), respectfully move the Court to schedule a hearing on their Motion to amend the operative complaint and infringement contentions (Dkt. 51), filed November 14, 2025. Plaintiffs believe such a hearing may aid the Court in its decision.

Dated: February 16, 2026

*Of Counsel*:

Andrea L. Fair
 Texas Bar No. 24078488
Claire Abernathy Henry
 Texas State Bar No. 24053063
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*/s/ Philip J. Eklem by permission Claire Henry*
Philip J. Eklem – LEAD ATTORNEY
**REICHMAN JORGENSEN**
 **LEHMAN & FELDBERG LLP**
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

Khue V. Hoang
**REICHMAN JORGENSEN**
 **LEHMAN & FELDBERG LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965

1

khoang@reichmanjorgensen.com

Matthew G. Berkowitz
Michael M. Polka
**REICHMAN JORGENSEN**
    **LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com

*Attorneys for Plaintiffs*
*Malikie Innovations Ltd. and Key Patent*
*Innovations Ltd.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on February 16, 2026 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry

## CERTIFICATE OF CONFERENCE

I certify that the parties complied with the meet and confer requirement pursuant to Local Rule CV-7(h) and that Defendant opposes this motion. The discussions have conclusively ended in an impasse, leaving an open issue for the court to resolve.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry
