IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. *and* <br> KEY PATENT INNOVATIONS LTD., <br> *Plaintiffs*, <br> v. <br> CORE SCIENTIFIC, INC., <br> *Defendant*. | § § § § § § § § § § § CASE NO. 2:25-CV-00519-JRG-RSP |

# ORDER

Before the Court are three motions: Plaintiffs' Opposed Motion for Leave to Amend Complaint and Infringement Contentions, **Dkt. No. 51**, Plaintiffs' Opposed Motion to Compel Production of Documents Predating Defendant's Emergency from Bankruptcy, **Dkt. No. 64**, and Plaintiffs' Opposed Motion for a Hearing, **Dkt. No. 65**. Motions to amend complaints and to infringement contentions are governed by the same "good cause" standard in the Fifth Circuit: courts here consider (1) the explanation for the failure to timely move for leave to amend, (2) the importance of the amendment, (3) the potential prejudice in allowing the amendment to the non-moving party, and (4) the availability of a continuance to cure any such prejudice. *See Keranos, LLC v. Silicon Storage Tech., Inc.*, 797 F.3d 1025, 1035 (Fed. Cir. 2015). In this instance, the Court finds that, on balance, the factors weigh in favor of granting and does hereby **GRANT** the Motion for Leave to Amend (Dkt. No. 51). Accordingly, the Motion for a Hearing (Dkt. No. 65), which requested a hearing on the Motion for Leave to Amend, is **DENIED AS MOOT**.

Additionally, it is hereby **ORDERED** that the Motion to Compel (Dkt. No. 64) is **SET** for a hearing on March 17, 2026 at 10:30 a.m. Counsel are **FURTHER ORDERED** to meet and confer about any changes necessary to the schedule as a result of the amendment, and be prepared to address them at the hearing. The parties are **FURTHER ORDERED** to file a joint notice on

the docket, notifying the Court of any agreements reached or positions taken on the Motion to Compel (Dkt. No. 64) and scheduling issues, by noon the day prior to the hearing.

**SIGNED this 19th day of February, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE