## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. *and* KEY PATENT INNOVATIONS LTD., §§§§§§§§§§ | |
| *Plaintiffs*, | |
| v. | CASE NO. 2:25-CV-00519-JRG-RSP |
| CORE SCIENTIFIC, INC., | |
| *Defendant*. | |

## ORDER

Before the Court is Defendant Core Scientific, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. **Dkt. No. 20**. Plaintiff has since filed an amended complaint, Dkt. No. 52, and Defendant has filed a new motion to dismiss making essentially the same arguments in response, Dkt. No. 79. Accordingly, the Court finds that the original Motion (Dkt. No. 20) should be and hereby is **DENIED AS MOOT**.

**SIGNED this 17th day of March, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE