**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MALIKIE INNOVATIONS LTD. *and*<br>KEY PATENT INNOVATIONS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORE SCIENTIFIC, INC.,<br><br>*Defendant*. | § § § § § § § § § § | CASE NO. 2:25-CV-00519-JRG-RSP |

**ORDER**

Defendant Core Scientific, Inc. ("Defendant") previously filed a Motion to Transfer Venue Under 28 U.S.C. § 1404(a) ("Motion"). (Dkt. No. 23.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 87), denying Defendant's Motion. Defendant has now filed Objections. (Dkt. No. 96.)

After reviewing the briefing on the Motion, Judge Payne's Memorandum Order, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law. Consequently, the Court **OVERRULES** Defendant's Objections (Dkt. No. 96) and **ADOPTS** the Memorandum Order (Dkt. No. 87).

**So Ordered this**

**Apr 10, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE