# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Malikie Innovations Ltd. and Key Patent Innovations Ltd.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**Core Scientific, Inc.**<br><br>**Defendants.** | **Case No. 2:25-CV-519-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE

This matter, having come before the Court on Motion for Leave to Supplement Invalidity Contentions, being duly advised, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that Defendants shall have up to and including July 1, 2026 to supplement its invalidity contentions for the '960, '062, '827, and '370 patents limited to the prior art and invalidity grounds used in the *ex parte* reexaminations for those patents.