EDTX UAET (03-2025)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

Core Scientific, Inc.
_____
Plaintiff

v.                                                    Civ. No. 2:25-cv-519 _____

CoreWeave, Inc.
_____
Defendant

### UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   Third-Party Defendant CoreWeave, Inc. _____

Date Party's answer was originally due:                               06/01/2026

Date Party's answer is now due (must not exceed 45 days after original due date):   06/15/2026

Date: 05/28/2026 _____          /s/   _Ricardo J. Bonilla_____

                                      Full Name: Ricardo J. Bonilla
                                      State Bar No.: 24082704
                                      Address:  Fish & Richardson P.C.
                                               1717 Main Street, Suite 5000
                                               Dallas, Texas 75201

                                      Phone: (214) 747-5070
                                      Fax: (214) 747-2091
                                      Email: rbonilla@fr.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the _Unopposed Application for Extension of Time to Answer Complaint_ event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)