**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Core Scientific, Inc. and CoreWeave, Inc., <br><br> Defendants. | Case No. 2:25-CV-519-JRG-RSP <br><br> JURY TRIAL DEMANDED |
| Core Scientific, Inc., <br><br> Defendant, Third-party Plaintiff, <br><br> v. <br><br> CoreWeave, Inc., <br><br> Third-party Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR
SUBSTITUTION OF LEAD COUNSEL**

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Malikie") respectfully request leave to change their designation of lead attorney in the above-styled action.  Malikie filed a Second Amended Complaint (Dkt. 105) two days ago, June 3, 2026, which alleges infringement of four of Malikie's patents by a new defendant, CoreWeave, Inc., ("CoreWeave").  These new allegations add CoreWeave as a second defendant on patent-related claims in this matter, thereby increasing the size and complexity of the case.  This, along with the fact that Malikie's designated lead attorney, Phillip J. Eklem, has commitments in other matters that have recently increased and will likely continue to do so, is the reason Malikie seeks to substitute a new lead attorney, Courtland Reichman.  Mr. Reichman is a senior partner at Malikie's

counsel's firm, Reichman Jorgensen Lehman & Feldberg LLP.  Mr. Reichman recently entered an appearance in this case on April 22, 2026. Dkt. 98.  Given the increased scope of the case based on the recent addition of CoreWeave as a defendant, Malikie has requested that Mr. Reichman take over as lead counsel in this case.  Mr. Reichman has authority to argue and negotiate on Malikie's behalf in accordance with the requirements in the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes and as required by Local Rule CV-11(a).

This is not a situation where Malikie is asking to swap lead counsel on the eve of trial to manipulate the requirement that lead counsel participate in discovery meet and confers and take an active role in the discovery process.  Discovery is still in its early stages; fact discovery does not close for nearly eight more months.  A *Markman* hearing is scheduled for November 18, 2026; a pretrial conference is set for May 18, 2027; and jury selection is set for July 12, 2027.  Dkt. 88. Additionally, as of the date of filing, no discovery motions that would trigger the lead/local meet and confer requirement are pending, and none have been filed with respect to the new Defendant. There has been only one discovery argument.

Defendants Core Scientific and CoreWeave do not oppose Plaintiffs' requested substitution.

Dated: June 5, 2026

*Of Counsel*:

Andrea L. Fair
  Texas Bar No. 24078488
Claire Abernathy Henry
  Texas State Bar No. 24053063
Garrett C. Parish
  Texas State Bar No. 24125824
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com
garrett@millerfairhenry.com

Respectfully submitted,

*/s/ Philip J. Eklem by permission Claire Henry*

Philip J. Eklem – LEAD ATTORNEY
Christine E. Lehman
**REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP**
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com
clehman@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael Caulkins
Michael Polka
**REICHMAN JORGENSEN
    LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
creichman@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com
mpolka@reichmanjorgensen.com

Khue V. Hoang
Patrick Colsher
**REICHMAN JORGENSEN
    LEHMAN & FELDBERG LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

*Attorneys for Plaintiffs
Malikie Innovations, Ltd. and Key Patent
Innovations, Ltd.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on June 5, 2026 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry

## CERTIFICATE OF CONFERENCE

Counsel for Malikie meet and conferred via email with counsel for Defendants Core Scientific and Core Weave and confirmed that they are both unopposed to the relief sought in this motion.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry