**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MALIKIE INNOVATIONS LTD. *and* KEY PATENT INNOVATIONS LTD., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CASE NO. 2:25-CV-00519-JRG-RSP |
| CORE SCIENTIFIC, INC., | § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Substitution of Lead Counsel. **Dkt. No. 106**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that Mr. Philip J. Eklem is replaced with Mr. Courtland Reichman as Lead Counsel for Plaintiffs in the above-captioned case.

**SIGNED this 7th day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE