**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**Malikie Innovations Ltd. and Key Patent Innovations Ltd.,**

**Plaintiffs,**

**vs.**

**Core Scientific, Inc.**

**Defendant.**

**Case No. 2:25-CV-519-JRG-RSP**

**JURY TRIAL DEMANDED**

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR CORE SCIENTIFIC TO RESPOND TO THE SECOND AMENDED COMPLAINT**

Defendant Core Scientific, Inc. ("Core Scientific") respectfully moves the Court to extend the deadline to respond to Plaintiffs' Second Amended Complaint. (Dkt. 105). Core Scientific requests that the current deadline be extended by seven (7) days as follows:

| Event | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Core Scientific's Response to Plaintiffs' Second Amended Complaint (Dkt. 105) | June 17, 2026 | June 24, 2026 |

Counsel for Core Scientific has conferred with counsel for Plaintiffs concerning this request, and counsel for Plaintiffs does not oppose the requested extension. A proposed order is attached.

Dated: June 10, 2026

Respectfully submitted,

/s/ *Brian E. Ferguson*

Brian E. Ferguson
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Email: bferguson@kslaw.com

Rex A. Mann
Texas Bar No. 24075509
**KING & SPALDING LLP**
2601 Olive Street
Suite 2300
Dallas, TX 75201
Tel.: (214) 764-4600
Email: rmann@kslaw.com

John Tyler Boyce
Texas Bar No. 24127214
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Tel.: (713) 276-7324
Email: tboyce@kslaw.com

***Attorneys for Core Scientific, Inc.***

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendant conferred with counsel for Plaintiffs in a good-faith effort on June 9, 2026 to resolve the relief requested in this motion.

*/s/ Brian E. Ferguson*
Brian E. Ferguson

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Brian E. Ferguson*
Brian E. Ferguson