## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

MALIKIE INNOVATIONS LTD. *and* §
KEY PATENT INNOVATIONS LTD., §
§
*Plaintiffs*, §
§
§
v. §    CASE NO. 2:25-CV-00519-JRG-RSP
§
CORE SCIENTIFIC, INC., §
§
*Defendant*. §
§

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Deadline for Core Scientific to Respond to the Second Amended Complaint. **Dkt. No. 109**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that the deadline for Defendant to respond is extended to June 24, 2026.

**SIGNED this 19th day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE