**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd.<br><br>*Plaintiffs*,<br><br>v.<br><br>Core Scientific, Inc. and CoreWeave, Inc.<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-cv-00519-JRG-RSP |
| Core Scientific, Inc.,<br><br>*Defendant and Third-Party Plaintiff,*<br><br>v.<br><br>CoreWeave, Inc.<br><br>*Third-Party Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Defendant Core Scientific, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. After consideration of the briefing, arguments, and authorities, the Court finds that all claims in U.S. Patent Nos. 7,372,960; 8,532,286; 8,666,062; 8,788,827 and 10,284,370 are directed toward abstract concepts ineligible for patent protection under 35 U.S.C. § 101. Accordingly, Defendant's Motion is **GRANTED**. It is

**ORDERED** that Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.'s Infringement Claims concerning U.S. Patent Nos. 7,372,960; 8,532,286; 8,666,062; 8,788,827 and 10,284,370 in the Second Amended Complaint (Dkt. No. 105) are dismissed with prejudice.