**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CORE SCIENTIFIC, INC. and COREWEAVE, INC., <br><br> Defendants. | Civil Action No: 2:25-cv-519-JRG-RSP <br><br> PATENT CASE <br><br> JURY TRIAL DEMAND |
| CORE SCIENTIFIC, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> COREWEAVE, INC., <br><br> Third-Party Defendant. | |

**ORDER GRANTING DEFENDANT AND THIRD-PARTY DEFENDANT COREWEAVE, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 35 U.S.C. § 101 AND JOINDER IN DEFENDANT CORE SCIENTIFIC, INC.'S SECOND RENEWED MOTION TO DISMISS**

Before the Court is Defendant and Third-Party Defendant CoreWeave, Inc.'s Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 and Joinder in Defendant Core Scientific, Inc.'s Second Renewed Motion to Dismiss (the "Motion"). Having considered the Motion, the related briefing, and the applicable law, the Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.'s claims against Defendant and Third-Party Defendant CoreWeave, Inc. for infringement of U.S. Patents 7,372,960; 8,666,062; and 8,532,286 are DISMISSED WITH PREJUDICE, the asserted claims of those patents being invalid under 35 U.S.C. § 101 as directed to patent-ineligible subject matter.