NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CORE SCIENTIFIC, INC.,**
*Petitioner*

---

2026-140

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:25-cv-00519-JRG-RSP, Judge J. Rodney Gilstrap.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, MAYER[1], LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[2]

PER CURIAM.

**O R D E R**

Core Scientific, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that issued the order, and thereafter the

---

[1] Circuit Judge Mayer participated only in the decision on the petition for panel rehearing.

[2] Circuit Judge Newman did not participate.

petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

August 13, 2026
Date

Jarrett B. Perlow
Clerk of Court