**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD.,<br>KEY PATENT INNOVATIONS LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>CORE SCIENTIFIC, INC. and<br>COREWEAVE, INC.<br><br>*Defendants*. | CASE NO. 2:25-cv-00519-JRG-RSP<br><br>JURY TRIAL DEMANDED |
| CORE SCIENTIFIC, INC.<br><br>*Defendant and Third-Party Plaintiff*,<br><br>v.<br><br>COREWEAVE, INC.<br><br>*Third-Party Defendant*. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Malikie Innovations Ltd. And Key Patent Innovations Ltd. (collectively Plaintiffs) and Defendant Core Scientific, Inc. ("Core Scientific"), having reached an agreement, jointly stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims asserted by Plaintiffs against Core Scientific relating to US Patent Nos. 8,788,827; 10,284,370; 8,666,062; and 7,372,960 are hereby dismissed with prejudice;

2. All claims asserted by Plaintiffs against Core Scientific relating to US Patent Nos. 8,532,286 and 8,712,039 are hereby dismissed without prejudice to the extent specified in the parties' agreement;

3. All counterclaims asserted by Core Scientific against Plaintiffs are hereby dismissed without prejudice to the extent specified in the parties' agreement; and

4. All parties shall bear their own fees, costs, and expenses.

Dated: October 7, 2026

_/s/ Khue V. Hoang by permission Claire Henry_
Khue V. Hoang
Patrick Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Christine E. Lehman
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
peklem@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

*Of Counsel:*
Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063

_/s/ Brian E. Ferguson by permission Claire Henry_
Brian E. Ferguson
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Email: bferguson@kslaw.com

Rex A. Mann
Texas Bar No. 24075509
**KING & SPALDING LLP**
2601 Olive Street
Suite 2300
Dallas, TX 75201
Tel.: (214) 764-4600
Email: rmann@kslaw.com

John Tyler Boyce
Texas Bar No. 24127214
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Tel.: (713) 276-7324
Email: tboyce@kslaw.com

***Attorneys for Core Scientific, Inc.***

Garrett C. Parish
Texas Bar No. 24125824
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and counsel for Defendants have met and conferred pursuant to Local Rule CV-7(h). The Parties are in agreement and are filing this motion jointly.

/s/ *Claire Henry*
Claire Henry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 7, 2026 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Claire Henry*
Claire Henry